USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br>BANKRUPTCY APPEALS<br><br>This Filing Relates to<br><br>ALL MATTERS | 21 cv 7532 (CM)<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM)<br>21 cv 8049 (CM)<br>21 cv 8055 (CM)<br>21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM)<br><br>On Appeal from the United<br>States Bankruptcy Court for the<br>Southern District of New York |

## STIPULATION IN CONNECTION WITH OMNIBUS DESIGNATION AND COUNTER-DESIGNATION OF APPELLATE RECORD

Pursuant to the Court's Scheduling Order and Order Consolidating Appeals (No. 21-cv-07532, Dkt. No. 55) ("**Consolidation Order**"), this Stipulation ("**Stipulation**") is entered into by and between the counseled appellants and appellees (the "**Parties**") in the above captioned consolidated appeals ("**Appeals**").

WHEREAS, on October 12, 2021, the Court held a scheduling conference at which the Court indicated that the parties should provide for a single record on appeal. *See* Oct. 12, 2021 Tr. at 13:23-24, *In re Purdue Pharma Bankruptcy Appeals*, No. 21-CV-7532, et seq. (S.D.N.Y. 2021).

WHEREAS, following the scheduling conference, on October 13, 2021 the Court issued the Consolidation Order consolidating the above-captioned appeals.

WHEREAS, a number of the appellants had filed designations of record on appeal in the Appeals before entry of the Consolidation Order.

WHEREAS, all Parties wish to preserve rights to correct or modify the record on appeal pursuant to Rule 8009(e) of the Federal Rules of Bankruptcy Procedure.

WHEREAS, the Parties wish to provide for a single consolidated record on appeal, including designations and counter-designations, as instructed by the Court, and for the convenience of the Court and for all parties.

**NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED AS FOLLOWS:**

1. The Debtor-Appellees shall submit a single omnibus set of designations and counter-designations (the "**Omnibus Designation**") that will designate the items to be included in the record on the Appeals.

2. The Debtor-Appellees' submission of the Omnibus Designation on October 21, 2021, shall constitute a timely designation and counter-designation on behalf of all appellees in each of the Appeals. The Omnibus Designation is attached hereto as Exhibit A.

3. The Omnibus Designation shall constitute a single record, to be transmitted once, for use in each of the Appeals.

4. The rights of any party to correct or modify the record of the Appeals, pursuant to Rule 8009(e) of the Federal Rules of Bankruptcy Procedure, or otherwise, are preserved.

5. This stipulation may be signed in counterparts, which, when fully executed, shall constitute a single original. A facsimile or scanned copy of this stipulation shall have the same

force and effect as the original.

**STIPULATED AND AGREED**

Dated:  October 21, 2021
        New York, New York


DAVIS POLK & WARDWELL LLP

By: _____
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Counsel to Debtor-Defendant
Purdue Pharma L.P.*

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Arik Preis /SYC

Arik Preis
Mitchell Patrick Hurley
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
212-872-1000
Fax: 212-872-1002
Email: apreis@akingump.com
Email: mhurley@akingump.com

*Counsel to The Official Committee of
Unsecured Creditors*

KRAMER LEVIN NAFTALIS &
FRANKEL LLP

By: /s/ *Paul Bley /SYL*

Kenneth H. Eckstein
Rachael Ringer
Jonathan Wagner
David E. Blabey Jr.
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100

*Counsel to the Ad Hoc Committee of
Governmental and Other Contingent
Litigation Claimants*

CAPLIN & DRYSDALE, CHARTERED

By: _____
Kevin C. Maclay, Esq. (pro hac vice to be filed)
James P. Wehner, Esq.
Jeffrey A. Liesemer, Esq. (pro hac vice to be filed)
Lucas H. Self, Esq. (pro hac vice to be filed)
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
kmaclay@capdale.com
jwehner@capdale.com
jliesemer@capdale.com
lself@capdale.com

*Counsel to the Multi-State Governmental
Entities Group*

6

WHITE & CASE LLP

By: _/s/ Alice Tsier_
J. Christopher Shore
Michele J. Meises
Alice Tsier
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 819-8200
Fax: (212) 354-8113
cshore@whitecase.com
michele.meises@whitecase.com
alice.tsier@whitecase.com

*Counsel to the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al.*

STATE OF OREGON

By: _Jeff Payne /s/_
Jeffrey J. Payne
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone (503) 378-4402
Facsimile: (503) 378-3997
jeff.j.payne@doj.state.or.us

*Counsel for the State of Oregon*

KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.

By: _____
Matthew J. Gold
Robert Michael Tuchman
Kleinberg, Kaplan, Wolff & Cohen, P.C.
500 Fifth Avenue
New York, NY 10110
212-880-9827
Email: mgold@kkwc.com
Email: rtuchman@kkwc.com

*Counsel for States of Washington,
Connecticut, Rhode Island, Vermont,
Delaware, and the District of Columbia*

ATTORNEY GENERAL ROB BONTA
ON BEHALF OF THE STATE OF
CALIFORNIA AND THE PEOPLE OF
THE STATE OF CALIFORNIA

By: _____/s/_____
Bernard A. Eskandari
Supervising Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: 213-269-6348
Facsimile: 213-897-4951

*Counsel for the State of California and
the People of the State of California*

STATE OF MARYLAND

By: *Bn/Lh /SYL*
Brian E. Frosh
Attorney General of Maryland

Brian T. Edmunds
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
410-576-6578
bedmunds@oag.state.md.us

*Attorneys for the State of Maryland*

LITE DEPALMA GREENBERG &
AFANADOR LLC

By: _____
Allen J. Underwood II, Esq.
Member
Lite DePalma Greenberg & Afanador, LLC
570 Broad Street – Suite 1201
Newark, NJ 07102
Direct Dial: 973.877.3814
Main No. 973.623.3000
Fax No. 973.623.0858
Email: aunderwood@litedepalma.com

*Counsel for Certain Canadian
Municipalities and First Nations Creditors*

DEBEVOISE & PLIMPTON LLP

By: /s/ Maura Kathleen Monaghan
Maura Kathleen Monaghan
Jasmine Ball
919 Third Avenue
New York, NY 10022
Telephone: 212-909-6000

*Counsel to the Mortimer-side Initial
Covered Sackler Persons*[1]

---

[1] As defined in Amended and Restated Case Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties dated Nov. 20, 2019 ¶ 1, In re Purdue Pharma L.P., No. 19-23649-rdd (Bankr. S.D.N.Y. Nov. 20, 2019), ECF No. 518. Certain of the Mortimer-side Initial Covered Sackler Persons preserve and do not waive any defenses to jurisdiction in the event that the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors, In re Purdue Pharma L.P., No. 19-23649-rdd (Bankr. S.D.N.Y. Sept. 2, 2021) is not effectuated.

MILBANK LLP

By: /s/ Alexander B. Lees

Gerard Uzzi
Alexander B. Lees
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000

*Counsel to the Raymond Sackler Family*

JOSEPH HAGE AARONSON LLP

By: _____
Gregory P. Joseph
Mara Leventhal
Christopher J. Stanley
485 Lexington Avenue
New York, NY 10017
Telephone: 212-407-1200

*Counsel to the Raymond Sackler Family*

**SO ORDERED.**

Dated: October 26, 2021
       New York, New York

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT COURT JUDGE