

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 28, 2021

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

     Re: *Purdue Pharma, L.P., et al., Bankruptcy Appeals*, 21 Civ. 7532 (CM) (lead)

Dear Judge McMahon:

     In the Statement of Interest of the United States of America Regarding the Shareholder Release, Dkt. No. 94, we wrote that, except for "those documents to which the Court may take judicial notice, all cited documents are being submitted as part of the Omnibus Designation and Counter-Designation of Appellate Record." *Id*. at 1 n.3. We now understand that not all of the documents referenced in these designations will necessarily be included in the appendices provided by the parties to this appeal in accordance with Bankruptcy Rule 8018.

     Each factual reference included by the United States in the Statement of Interest contains a citation to the docket. If the Court would prefer hard copies of any or all of these materials, we would be happy to provide them to Chambers. We thank the Court for its consideration of this matter.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney
                            Southern District of New York

By:   /s/ Lawrence H. Fogelman
       LAWRENCE H. FOGELMAN
       PETER ARONOFF
       DANIELLE LEVINE
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, New York 10007
       Telephone: (212) 637-2800
       Facsimile: (212) 637-2686
       Lawrence.Fogelman@usdoj.gov

Danielle.Levine@usdoj.gov
Peter.Aronoff@usdoj.gov

cc: All Parties (By ECF)