November 15, 2021

Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

860-658-7745

sagitarianm2004@yahoo.com

21-CV8566

Pro Se Council

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Purdue Pharma L.P. et al | Case No. 19-23649 (RDD) |

**MOTION FOR APPEARANCE – FEDERAL RULE OF CIVIL PROCEDURE 71**

Dear Judge McMahon:

I am a Pro Se Litigant at the above referenced matter. Please be advised that I am disabled. My son David Jonathan Ecke was murdered by Purdue Pharma et al. and specifically the Sackler family. In being so, I am respectfully requesting accommodations for lodging, transportation, meals, and miscellaneous to attend the hearing on November 30, 2021; along with a comfortable chair since my left leg goes numb.

It is unreasonable, unjust and discrimination to only be permitted to appear by telephone. Just how is someone on only a meager amount of Social Security to afford a night in Manhattan due to the Court's refusal to Zoom with full access.

Ellen Isaacs asked for leave of this Court and has been denied as I have. These proceedings are discriminatory to the victims of Purdue Pharma et al. My Civil and Constitutional Rights are continually and systemically being violated in this matter.

s/Maria Ecke, Pro Se

Maria Ecke