November 22, 2021

Case No. 21-cv-8566

**MOTION FOR SANCTION AGAINST THE DEBTORS FOR FAILURE TO COMPLY WITH DUE PROCESS**

Dear Judge McMahon:

In light of the fact that USAG Merrick Garland put out this statement on October 29, 2021 (https://www.justice.gov/opa/pr/attorney-general-merrick-b-garland-restores-office-access-justice ), can you please advise how I can get equal justice in the Purdue Pharma et al Bankruptcy Case? Since my participation in this case, all through the proceedings with Judge Robert Drain I have not received impartial and fair treatment. Beyond the scope of his unruly courtroom conduct yelling at the Trustee's, Non-Consenting Parties, Attorneys, and Pro Se Litigants, I have not been receiving proper DUE PROCESS This is why I am asking Judge Drain to recuse himself from the case. This time I never received the Appellee's Brief to respond to.

Per your schedule the Appellant's Counter Briefs are due today. Just how am I or any of other Pro Se litigants to respond on this time schedule without due process? I have been trying to obtain help from the New York Legal Assistance Group. No one in the SDNY BK Court and The NY 2nd Circuit Court of Appeals knows what is going on and your Pro See department loves to be hostile on the phone and has referred me to NYLAG. The representative at NYLAG is not communicating in a timely fashion. NYLAG said that they could not help me at all. On Friday, November 19, 2021 the last person that called, Melissa, and spoke to me for the first time asked me to be patient and she would get back to me to explain further. No one from NYLAG has since gotten back to me. The NY Legal Assistance Group does not respond in the timely manner to assist in the schedule this Court has laid out.

I am a disabled appellant in this case with my 1st & 14th Amendment Rights & Civil Rights being violated. The timing of this is all very interesting with it being Human Rights Day on December 10, 2021. I spend countless hours each day navigating by telephone and email for assistance. Hearings have occurred that I never received notice of. Hearings occurred that I do not receive zoom links to until well into the hearings. The greedy attorneys are not being forthcoming in this matter and have sealed many documents and I am being refused access to the documents despite being a litigant in this matter.

Judge Robert Drain's screaming in Court at the Trustee, Non-Consenting States and Pro Se litigants is indulgent. I have attempted to address his code of conduct and asked that he recuse himself from the case and was referred to a website that states no Judge has been dismissed for their conduct. This is completely discouraging to say the least.

The lack of service by the Debtors/Appellee's in this matter were addressed at every hearing and the outcome is still the same. The Debtors are not following the antiquated made-up rules of procedure. Where is the equality and justice for the layperson? This case is setting a precedent that will further enhance the already horrific National Security matter that has created a Nationwide Mental Health Public Health & Safety Emergency. This is not truth or justice for **WE THE PEOPLE. I respectfully request sanctions be imposed upon the debtor's due to their continual outrageous and unscrupulous behavior**

**of not adhering to due process**. I do not have the Appellee's Brief to submit a brief. I only received an email from Akin Gump today at 3:13 pm. Much too late to respond to.

Relief Requested is $17B to be put into a Fund to be abated by the people.

Respectfully requested,

s/Maria Ecke, Pro Se

Maria Ecke