November 24, 2021

Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

860-658-7745

21-CV8566

Pro Se Council

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Purdue Pharma L.P. et al. | Case No. 19-23649 (RDD) |
| Debtors | |

### MOTION FOR EXTENTION OF TIME TO FILE A REPLY BRIEF IN CASE NO. 19-23649 (RDD) AND OBJECTIONS TO PAYMENTS TO CREDITORS

Being a disabled Librarian and not an Attorney I did not know nor was I advised by Akin Gump Strauss Hauer and Feld LLP, the Official Committee of Unsecured Creditors of Purdue Pharma L.P. that I had to write a Reply Brief which was due on Monday, November 22, 2021. To my understanding Akin Gump is supposed to be helping **ALL UNSECURED CREDITORS NOT JUST THE ONES THAT AGREE TO THE TWELFTH AMMENDED PLAN**. All payments to creditors should be stopped immediately upon receipt of this request for an injunction.

I asked to appear by Zoom with full video and listening capacities which was denied to me. To receive an email at 3:31 pm on Wednesday, November 24, 2021, the day before Thanksgiving, is disgraceful. I had already called the Pro Se Unit of the District Court at 12:00 pm the same day (Wednesday, November 24, 2021) and was told that my **Motion for Appearance was on the Docket but there was "No Reply" is A SLAP IN A VICTIM'S FACE.**

s/Maria Ecke, Pro Se

Maria Ecke