UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: PURDUE PHARMA L.P., *et al.* BANKRUPTCY APPEALS<br><br>This Filing Relates to<br><br>ALL MATTERS | 21 cv 7532 (CM)<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM)<br>21 cv 8049 (CM)<br>21 cv 8055 (CM)<br>21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM)<br><br>On Appeal from the United States Bankruptcy Court for the Southern District of New York (Drain, J.) |

### CERTIFICATE OF SERVICE

I, Mitchell P. Hurley, hereby certify that I am a partner of the law firm Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel to the Official Committee of Unsecured Creditors of Purdue Pharma L.P. et al. in the above-captioned proceeding.

On January 6, 2022, Akin Gump electronically filed the *Joinder of the Official Committee of Unsecured Creditors in Support of Debtors' Motion to Certify an Appeal Pursuant to 28 U.S.C. § 1292(b) of This Court's December 16, 2021 Order Vacating the Bankruptcy Court's Confirmation of the Debtors' Chapter 11 Plan of Reorganization* [Case No. 21-cv-07532; Docket No. 299] (the "Joinder") with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system.

In addition, at my direction and under my supervision, Akin Gump employees caused the Joinder to be served via email and Express Mail or Next-Day Mail on the following individuals:

Ellen Isaacs (*via* email and Express Mail)
P.O. Box 6553
Delray Beach, FL 33482

Ronald S. Bass (*via* email and Next-Day Mail)
450 Little Place Apt. 53
North Plainfield, NJ 07060

Maria Ecke (*via* email and Next-Day Mail)
8 Glenbrook Drive
West Simsbury, CT 06092

Andrew Ecke (*via* Next-Day Mail)
18 Meadowlark Rd
West Simsbury, CT 06092

Richard Ecke (*via* Next-Day Mail)
18 Meadowlark Rd
West Simsbury, CT 06092

Rhode Island Office of the Attorney General (*via* Next-Day Mail)
Attn:  Peter F. Neronha
150 South Main Street
Providence, RI 02903

Courtesy copies of the Joinder were also transmitted to Chambers at the following address:

The Honorable Colleen McMahon
Chief Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

Dated: January 11, 2022
       New York, New York

                                        */s/  Mitchell P. Hurley*
                                            Mitchell P. Hurley