UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br>BANKRUPTCY APPEALS<br><br><br>This Filing Relates to<br><br><br><br>ALL MATTERS | 21 cv 7532 (CM) [Master Case]<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM)<br>21 cv 8049 (CM)<br>21 cv 8055 (CM)<br>21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM) |

### NOTICE OF APPEAL

Marshall S. Huebner
(*marshall.huebner@davispolk.com*)
Benjamin S. Kaminetzky
(*ben.kaminetzky@davispolk.com*)
Eli J. Vonnegut
(*eli.vonnegut@davispolk.com*)
James I. McClammy
(*james.mcclammy@davispolk.com*)
Marc J. Tobak
(*marc.tobak@davispolk.com*)
Gerard X. McCarthy
(*gerard.mccarthy@davispolk.com*)

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 607-7984

*Counsel to the Debtors
and Debtors in Possession*

Notice is hereby given that Purdue Pharma L.P., and its affiliated debtors[1] ("**Debtors**" or

"**Purdue**") that are appellees in the above-captioned consolidated appeals,[2] hereby appeal to the

United States Court of Appeals for the Second Circuit from U.S. District Court Judge Colleen

McMahon's December 16, 2021 *Decision and Order on Appeal* (Dkt. No. 21-cv-7532 (CM),

ECF No. 279) ("**District Court Order**") vacating the *Findings of Fact, Conclusions of Law, and*

*Order Confirming the Twelfth Amended Joint Chapter Plan of Reorganization of Purdue*

*Pharma L.P. and Its Affiliated Debtors* (Bankr. Dkt. No. 19-23649 (Sept. 17, 2021), ECF No.

3787) ("**Confirmation Order**") of U.S. Bankruptcy Court Judge Robert D. Drain (and the *Order*

*(I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, The Master*

*Disbursement Trust and TopCo, (II) Directing Prime Clerk LLC to Release Certain Protected*

*Information and (III) Granting Other Related Relief* (Bankr. Dkt. No. 19-23649 (Sept. 15, 2021),

ECF No. 3773) ("**Advance Order**") related to the Confirmation Order).

Contemporaneously with this Notice of Appeal, Debtors have submitted the *Petition of*

*the Debtors for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b)* to the United States Court

---

[1] The Debtors are as follows: Purdue Pharma L.P., Purdue Pharma Inc., Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, and SVC Pharma Inc.

[2] Pursuant to U.S. District Court Judge Colleen McMahon's October 13, 2021 *Scheduling Order and Order Consolidating Appeals* (Dkt. No. 21-cv-7532 (CM), ECF No. 55) and October 21, 2021 *Order Consolidating Newly-Docketed Appeals and Addressing Other Matters* (Dkt No. 21-cv-7532 (CM), ECF No. 75) ("**Consolidation Orders**"), the above-captioned appeals were administratively consolidated under the first-filed appeal at case number 21-cv-7532, the Master Case Number.  Accordingly, pursuant to the Consolidation Orders and in accordance with Federal Rule of Appellate Procedure 3(b), this Notice of Appeal is submitted jointly on behalf of Debtors for all consolidated appeals.

of Appeals for the Second Circuit, which includes a request for consolidation and expedited

treatment as instructed by U.S. District Court Judge Colleen McMahon's January 7, 2022 *Order*

*Conditionally Granting Debtors' and Allied Parties' Motion for a Certificate of Appealability*

(Dkt. No. 21-cv-7532 (CM), ECF No. 301) ("**Certification Order**").

     A true and correct copy of the District Court Order is annexed hereto as Exhibit A.

Dated:     New York, New York
            January 16, 2022

                                 DAVIS POLK & WARDWELL LLP

                                 By:   */s/* Benjamin S. Kaminetzky

                                 450 Lexington Avenue
                                 New York, New York 10017
                                 Telephone: (212) 450-4000
                                 Facsimile: (212) 701-5800
                                 Marshall S. Huebner
                                 Benjamin S. Kaminetzky
                                 Eli J. Vonnegut
                                 James I. McClammy
                                 Marc J. Tobak
                                 Gerard X. McCarthy

                                 *Counsel to the Debtors*
                                 *and Debtors in Possession*

APPEAL,ECF,LEAD,PRO-SE

**U.S. District Court**
**Southern District of New York (White Plains)**
**CIVIL DOCKET FOR CASE #: 7:21-cv-07532-CM**

| | |
|---|---|
| In Re: Purdue Pharma L.P. | Date Filed: 09/09/2021 |
| Assigned to: Judge Colleen McMahon | Jury Demand: None |
| Related Cases: 7:21-cv-07961-CM | Nature of Suit: 422 Bankruptcy Appeal (801) |
| 7:21-cv-07962-CM | Jurisdiction: Federal Question |
| 7:21-cv-07966-CM | |
| 7:21-cv-07969-CM | |
| 7:21-cv-08034-CM | |
| 7:21-cv-08042-CM | |
| 7:21-cv-07585-CM | |
| 7:21-cv-08049-CM | |
| 7:21-cv-08258-CM | |
| 7:21-cv-08055-CM | |
| 7:21-cv-08139-CM | |
| 7:21-cv-08271-CM | |
| 7:21-cv-08548-CM | |
| 7:21-cv-08566-CM | |
| 7:21-cv-08557-CM | |

Case in other court:  USBC-SDNY, 19-B-23649 (RDD)
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

**In Re**

**Purdue Pharma L.P.**                                 represented by **Kathryn S. Benedict**
                                                         Davis Polk & Wardwell LLP (NYC)
                                                         450 Lexington Avenue
                                                         New York, NY 10017
                                                         212-450-3508
                                                         Email: kathryn.benedict@davispolk.com
                                                         *ATTORNEY TO BE NOTICED*

**Debtor**

**Purdue Pharma L.P.**                                 represented by **Benjamin S. Kaminetzky**
                                                         Davis Polk & Wardwell LLP (NYC)
                                                         450 Lexington Avenue
                                                         New York, NY 10017
                                                         (212)-450-4259
                                                         Fax: (212)-450-3259
                                                         Email: ben.kaminetzky@dpw.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kathryn S. Benedict**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Appellant**

**The State of Washington**                            represented by **Matthew J. Gold**
                                                         Kleinberg, Kaplan, Wolff & Cohen, P.C.
                                                         500 Fifth Avenue
                                                         New York, NY 10110
                                                         212-880-9827
                                                         Email: mgold@kkwc.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert Michael Tuchman**

Kleinberg, Kaplan, Wolff & Cohen, P.C.
500 Fifth Avenue
New York, NY 10110
212-880-9898
Email: rtuchman@kkwc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cynthia Alexander**
Washington State Attorney General's Office
800 5th Ave
Suite 2000
Seattle, WA 98104
206-326-5488
Email: cynthia.alexander@atg.wa.gov
*ATTORNEY TO BE NOTICED*

**Noah G. Purcell**
Washington Attorney General's Office
1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100
360-753-2536
Email: noah.purcell@atg.wa.gov
*ATTORNEY TO BE NOTICED*

**Tad Robinson O'Neill**
Washington State Attorney General's Office
800 5th Ave
Suite 2000
Seattle, WA 98104
206-464-7744
Email: tad.oneill@atg.wa.gov
*ATTORNEY TO BE NOTICED*

**Tera M Heintz**
Washington Attorney General's Office
1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100
360-664-3027
Fax: 360-664-2963
Email: tera.heintz@atg.wa.gov
*ATTORNEY TO BE NOTICED*

**Appellant**

**State of Maryland**                    represented by **Brian Edmunds**
Office of the Attorney General- State of Maryland
200 Saint Paul Place
Baltimore, MD 21202
410-576-6578
Fax: 410-576-6566
Email: bedmunds@oag.state.md.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Purdue Pharma L.P.**                   represented by **Benjamin S. Kaminetzky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Scott Robertson**
Davis Polk & Wardwell LLP

450 Lexington Avenue
New York, NY 10017
212-450-4917
Email: christopher.robertson@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eli James Vonnegut**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
212-450-4331
Email: eli.vonnegut@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall Scott Huebner**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)-450-4099
Fax: (212)-450-5572
Email: marshall.huebner@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy E. Graulich**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212)-450-4639
Fax: (212)-701-5639
Email: timothy.graulich@davispolk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard Xavier McCarthy**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212) 450-4696
Email: gerard.mccarthy@davispolk.com
*ATTORNEY TO BE NOTICED*

**James Irving McClammy**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212) 450-4584
Fax: (212) 450-3584
Email: mcclammy@dpw.com
*ATTORNEY TO BE NOTICED*

**Kathryn S. Benedict**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Joseph Tobak**
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017
(212) 450-3073
Fax: (212) 701-6073
Email: mtobak@dpw.com
*ATTORNEY TO BE NOTICED*

**Appellee**

**Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.**

represented by **Amanda Wong**
131 E 83 St.
6c
New York, NY 10028
510-990-4910
Email: amanda.wong@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Eliezer Neiger**
Neiger LLP (NYC)
317 Madison Ave
21st Floor
New York, NY 10017
(212) 267-7342
Fax: (212) 406-3677
Email: eneiger@askllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alice Tsier**
White & Case LLP (NY)
1221 Avenue of the Americas
New York, NY 10020
(212)-819-2643
Email: alice.tsier@whitecase.com
*ATTORNEY TO BE NOTICED*

**J. Christopher Shore**
White & Case LLP (NY)
1221 Ave of the Americas
New York, NY 10020
(212) 819-8200
Fax: (212) 354-8113
Email: cshore@whitecase.com
*ATTORNEY TO BE NOTICED*

**Jennifer A. Christian**
Thompson & Knight, LLP (NYC)
900 Third Avenue
New York, NY 10022-3915
(212)-751-3091
Email: jennifer.christian@tklaw.com
*ATTORNEY TO BE NOTICED*

**Laura Femino**
White & Case LLP
200 South Biscayne Blvd
Miami, FL 33131
305-995-5210
Email: laura.femino@whitecase.com
*ATTORNEY TO BE NOTICED*

**Michele Meises**
White & Case LLP
1221 Avenue of The Americas
New York, NY 10020
212-819-8200
Email: michele.meises@whitecase.com
*ATTORNEY TO BE NOTICED*

**Appellee**

**Multi-State Governmental Entities Group**

represented by **James Paul Wehner , Jr.**
Caplin & Drysdale, Chartered
One Thomas Circle
Washington, DC 20005

(202) 862-5000
Fax: (202) 429-3301
Email: jwehner@capdale.com
*ATTORNEY TO BE NOTICED*

**Todd Evan Phillips**
Caplin & Drysdale, Chartered
One Thomas Circle
Washington, DC 20005
(202)-862-7850
Email: tphillips@capdale.com
*ATTORNEY TO BE NOTICED*

<u>**Appellee**</u>

**The Raymond Sackler Family**                    represented by   **Gerard Henry Uzzi**
Milbank LLP
55 Hudson Yards
New York, NY 10001
212-530-5670
Email: guzzi@milbank.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Lees**
Milbank LLP
55 Hudson Yards
New York, NY 10001
212-403-1190
Fax: 212-403-2000
Email: alees@milbank.com
*ATTORNEY TO BE NOTICED*

<u>**Appellee**</u>

**The Raymond Sackler Family**                    represented by   **Gregory P. Joseph**
Joseph Hage Aaronson LLC
485 Lexington Ave
New York, NY 10017
(212) 407-1210
Fax: (212)-407-1299
Email: gjoseph@jhany.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mara Ann Leventhal**
Joseph Hage Aaronson LLC
485 Lexington Avenue
30th Floor
New York, NY 10017
212-407-1218
Fax: 212-407-1268
Email: mleventhal@jhany.com
*ATTORNEY TO BE NOTICED*

<u>**Appellee**</u>

**Mortimer-side Initial Covered Sackler Persons**     represented by   **Maura Kathleen Monaghan**
Debevoise & Plimpton, LLP (NYC)
919 Third Avenue, 3rd Floor
New York, NY 10022
2129097459
Fax: 2129096836
Email: mkmonagh@debevoise.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jasmine Ball**
Debevoise & Plimpton, LLP (NYC)

919 Third Avenue, 3rd Floor
New York, NY 10022
2129096845
Fax: 2129096836
Email: jball@debevoise.com
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**The District of Columbia**                          represented by **Matthew J. Gold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Michael Tuchman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonya L. Lebsack**
DC Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, DC 20001
202-724-5667
Email: sonya.lebsack@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**The City of Grande Prairie**                        represented by **Allen Joseph Underwood , II**
*as Representative Plaintiff for a Class Consisting of All*                     Lite DePalma Greenberg & Afanador, LLC
*Canadian Municipalities, the Cities of Brantford,*                          570 Broad Street
*Grand Prairie, Lethbridge, and Wetaskiwin.*                              Suite 1201
Newark, NJ 07102
973-623-3000
Fax: 973-623-0858
Email: aunderwood@litedepalma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Carl Cecere , II**
Cecere PC
6035 McCommas Blvd
Dallas, TX 75206
469-600-9455
Email: ccecere@cecerepc.com
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**The Peter Ballantyne Cree Nation**                  represented by **Allen Joseph Underwood , II**
*on behalf of All Canadian First Nations and Metis*                         (See above for address)
*People, the Peter Ballantyne Cree Nation on behalf*                         *LEAD ATTORNEY*
*itself, and the Lac La Ronge Indian Band.*                              *ATTORNEY TO BE NOTICED*

**Joseph Carl Cecere , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**U.S. Trustee William K. Harrington**                represented by **Andrew D. Velez-Rivera**
DOJ-Ust
201 Varick Street
Suite 1006
New York, NY 10014
212-510-0500
Email: andy.velez-rivera@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Beth Ann Levene**
DOJ-Ust
441 G Street, N.W.
Suite 6150
Washington, DC 20530
202-514-0011
Email: beth.a.levene@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Kenan Schwartzberg**
Office of The United States Trustee(NYC)
33 Whitehall Street, 21st Floor
New York, NY 10004
(212)-510-0500
Fax: (212)-668-2255
Email: paul.schwartzberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**State Of Connecticut**                          represented by **Irve Jay Goldman**
Pullman & Comley, LLC (Bridgeport)
850 Main Street, 8th Floor
Bridgeport, CT 06601
(203) 330-2213
Fax: (203)-576-8888
Email: igoldman@pullcom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clare Kindall**
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
860-808-5261
Fax: 860-808-5387
Email: clare.kindall@ct.gov
*ATTORNEY TO BE NOTICED*

**Matthew J. Gold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**Dr. William Tong**                          represented by **Irve Jay Goldman**
*Attorney General*                                            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**Ronald Bass**                          represented by **Ronald Bass**
450 Little Place
Apt. 53
N. Plainfield, NJ 07060
PRO SE

**Consolidated Appellant**

**State of California**                          represented by **Bernard Ardavan Eskandari**
California Department of Justice
Civil Division , St. Deputy Atty. General
300 South Spring Street, Ste. 702
Los Angeles, CA 90013-1230
213-269-6348

Email: bernard.eskandari@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicklas Arnold Akers**
California Attorney General's Office
455 Golden Gate Ave
Ste 11000
San Francisco, CA 94102
415-510-3364
Email: nicklas.akers@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**People of The State of California**
*by and through Attorney General Rob Bonta*

represented by   **Bernard Ardavan Eskandari**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicklas Arnold Akers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**State of Oregon**

represented by   **Jeff Payne**
Oregon Department of Justice
1162 Court Street N.E.
Salem, OR 97301
503-378-4402
Email: jeff.j.payne@doj.state.or.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Gold**
(See above for address)
*TERMINATED: 10/21/2021*
*LEAD ATTORNEY*

**Consolidated Appellant**

**Peter F. Neronha**

represented by   **Peter F. Neronha**
PRO SE

**Consolidated Appellant**

**The State of Delaware**
*by and through Attorney General Jennings*

represented by   **Jillian Amy Lazar**
Delaware Department of Justice
820 N. French Street,
Willmington, DE 19801
302-577-5088
Email: jillian.lazar@delaware.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew J. Gold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**State of Rhode Island**

represented by   **Kathryn Sabatini**
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
Email: ksabatini@riag.ri.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Matthew J. Gold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**State of Vermont**                    represented by **Jill Abrams**
                                        Office of the Attorney General
                                        Attorney Generals Office
                                        109 State Street
                                        Montpelier, VT 05609
                                        802-828-1106
                                        Email: jill.abrams@vermont.gov
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Matthew J. Gold**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Consolidated Appellant**

**Ellen Isaacs**                        represented by **Ellen Isaacs**
*on behalf of Patrick Ryan Wroblewski*                  PRO SE

**Consolidated Appellant**

**Maria Ecke**                          represented by **Maria Ecke**
                                        8 Glenbrook Dr
                                        West Simsbury, CT 06092
                                        PRO SE

**Consolidated Appellant**

**Andrew Ecke**                         represented by **Andrew Ecke**
                                        18 Meadowlark Rd
                                        West Simsbury, CT 06092
                                        PRO SE

**Consolidated Appellant**

**Richard Ecke**                        represented by **Richard Ecke**
                                        18 Meadowlark Rd
                                        West Simsbury, CT 06092
                                        PRO SE

V.

**Consolidated Appellee**

**Mortimer Sackler Family**             represented by **Jasmine Ball**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Jeffrey J. Rosen**
                                        Debevoise & Plimpton LLP
                                        919 Third Ave.
                                        New York, NY 10022
                                        212-909-6000
                                        Fax: 212-909-6836
                                        Email: jrosen@debevoise.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Maura Kathleen Monaghan**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Consolidated Appellee**

**Mortimer Sackler Family/Side A of the Sackler Family**

represented by **Jasmine Ball**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey J. Rosen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maura Kathleen Monaghan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Appellee**

**Raymond Sackler Family/Side B of the Sackler Family**

represented by **Alexander Lees**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard Henry Uzzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory P. Joseph**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mara Ann Leventhal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.**

represented by **Erik Preis**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
212-872-1000
Fax: 212-872-1002
Email: apreis@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell Patrick Hurley**
Akin Gump Strauss Hauer & Feld LLP (NYC)
One Bryant Park
New York, NY 10036
212-872-1011
Fax: 212-872-1002
Email: mhurley@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Z.W. Julius Chen**
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington DC, DC 20006
202-887-4000
Email: chenj@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Ad Hoc Committee of Governmental and Other
Contingent Litigation Claimants**

represented by **Kenneth H. Eckstein**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
Fax: (212) 715-8100
Email: keckstein@kramerlevin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Ellis Blabey , Jr.**
Kramer, Levin , Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100 x7634
Fax: (212) 715-8000
Email: dblabey@kramerlevin.com
*ATTORNEY TO BE NOTICED*

**David J. Molton**
Brown Rudnick LLP (NYC)
Seven Times Square
New York, NY 10036
212-209-4800
Fax: 212-704-0196
Email: dmolton@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**Gerard Thomas Cicero**
Brown Rudnick LLP
Floor 47
Seven Times Square
New York, NY 10036
(212)-209-4939
Email: gcicero@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**Jennifer S. Feeney**
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
212-661-9100
Email: jfenney@otterbourg.com
*ATTORNEY TO BE NOTICED*

**Melanie L. Cyganowski**
Otterbourg P.C.
230 Park Avenue
New York, NY 10169
(212)-661-9100
Fax: 212 682 6104
Email: mcyganowski@oshr.com
*ATTORNEY TO BE NOTICED*

**Rachael Lynn Ringer**
Kramer Levin Naftalis & Frankel
1177 Avenue of The Americas
New York, NY 10036
(212)-715-9506
Fax: (212)-715-8000
Email: rringer@kramerlevin.com
*ATTORNEY TO BE NOTICED*

V.

**Amicus**

**Ad Hoc Committee of NAS Children**          represented by **Harold D Israel**
                                                                Levenfeld Pearlstein, LLC.
                                                                2 N. La Salle
                                                                Suite 1300
                                                                Chicago, IL 60602
                                                                312-476-7573
                                                                Email: hisrael@lplegal.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Scott R Bickford**
                                                                Martzell, Bickford & Centola
                                                                338 Lafayette Street
                                                                New Orleans, LA 70130
                                                                504-581-9065
                                                                Fax: 504-581-7635
                                                                Email: srb@mbfirm.com
                                                                *ATTORNEY TO BE NOTICED*

**Amicus**

**United States of America**          represented by **Lawrence Heath Fogelman**
                                                        U.S. Attorney's Office, SDNY (86 Chambers St.)
                                                        86 Chambers Street
                                                        New York, NY 10007
                                                        212-637-2719
                                                        Fax: 212-637-2730
                                                        Email: Lawrence.Fogelman@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Peter Max Aronoff**
                                                        United States Attorney's Office for the SDNY
                                                        86 Chambers Street
                                                        New York, NY 10007
                                                        212-637-2697
                                                        Fax: 212-637-2686
                                                        Email: peter.aronoff@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Danielle Judith Levine**
                                                        U.S. Attorney Office SDNY
                                                        86 Chambers Street
                                                        New York, NY 10007
                                                        212-637-2689
                                                        Email: danielle.levine@usdoj.gov
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2021 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by The State of Washington..(bkar) (Entered: 09/09/2021) |
| 09/09/2021 | 2 | CIVIL COVER SHEET filed..(bkar) (Entered: 09/09/2021) |
| 09/09/2021 | | Magistrate Judge Judith C. McCarthy is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (bkar) (Entered: 09/09/2021) |
| 09/09/2021 | | Case Designated ECF. (bkar) (Entered: 09/09/2021) |
| 09/27/2021 | 3 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021, amending 1 Bankruptcy Appeal.Document filed by The State of |

| | | |
|---|---|---|
| | | Washington. Related document: 1 Bankruptcy Appeal. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(bkar) (Entered: 09/27/2021) |
| 09/30/2021 | 4 | NOTICE OF APPEARANCE by Mitchell Patrick Hurley on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Hurley, Mitchell) (Entered: 09/30/2021) |
| 09/30/2021 | 5 | NOTICE OF APPEARANCE by Erik Preis on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Preis, Erik) (Entered: 09/30/2021) |
| 09/30/2021 | 6 | LETTER addressed to Judge Nelson Stephen Roman from Mitchell P. Hurley dated September 30, 2021 Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Hurley, Mitchell) (Entered: 09/30/2021) |
| 10/01/2021 | | NOTICE OF CASE REASSIGNMENT to Judge Colleen McMahon. Judge Nelson Stephen Roman is no longer assigned to the case. (aea) (Entered: 10/01/2021) |
| 10/04/2021 | 7 | NOTICE OF APPEARANCE by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants..(Eckstein, Kenneth) (Entered: 10/04/2021) |
| 10/04/2021 | 8 | NOTICE OF APPEARANCE by Rachael Lynn Ringer on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants..(Ringer, Rachael) (Entered: 10/04/2021) |
| 10/04/2021 | 9 | NOTICE OF APPEARANCE by David Ellis Blabey, Jr on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants..(Blabey, David) (Entered: 10/04/2021) |
| 10/04/2021 | 10 | NOTICE OF APPEARANCE by J. Christopher Shore on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma, L.P...(Shore, J.) (Entered: 10/04/2021) |
| 10/06/2021 | 11 | LETTER addressed to Judge Colleen McMahon from Kenneth H. Eckstein dated October 6, 2021 Document filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants..(Eckstein, Kenneth) (Entered: 10/06/2021) |
| 10/06/2021 | 12 | MEMO ENDORSEMENT: on re: 11 Letter filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. The Ad Hoc Committee appears as an interested party on the docket sheets of all ten appeals. I simply assumed that you well in. (Signed by Judge Colleen McMahon on 10/06/2021) (ama) (Entered: 10/06/2021) |
| 10/06/2021 | 13 | ORDER SCHEDULING CONFERENCE: I propose that we hold the conference on Tuesday, October 12, 2021, at 2 PM in my courtroom, which is Room 24A in the Moynihan Courthouse at 500 Pearl Street. If that date and time do not work, please propose something else, as long as it is prior to October 19. By the close of business on October 18, I want to have a schedule set in stone. ( Status Conference set for 10/12/2021 at 02:00 PM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 10/6/2021) (va) (Entered: 10/06/2021) |
| 10/07/2021 | 14 | NOTICE OF APPEARANCE by Harold D Israel on behalf of Ad Hoc Committee of NAS Children..(Israel, Harold) (Entered: 10/07/2021) |
| 10/07/2021 | 15 | LETTER addressed to Judge Colleen McMahon from Harold D. Israel dated October 7, 2021 Document filed by Ad Hoc Committee of NAS Children..(Israel, Harold) (Entered: 10/07/2021) |
| 10/07/2021 | 16 | LETTER addressed to Judge Colleen McMahon from Benjamin S. Kaminetzky dated October 7, 2021 re: Responding to the Court's Scheduling Order Dated October 6, 2021. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 10/07/2021) |
| 10/07/2021 | 17 | MOTION for Harold D. Israel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25167345. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ad Hoc Committee of NAS Children..(Israel, Harold) (Entered: 10/07/2021) |
| 10/07/2021 | 18 | NOTICE OF APPEARANCE by Todd Evan Phillips on behalf of Multi-State Governmental Entities Group..(Phillips, Todd) (Entered: 10/07/2021) |
| 10/07/2021 | 19 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MOTION for Kevin C. Maclay to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25167807. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Text of Proposed Order Proposed form of Order).(Phillips, Todd) Modified on 10/8/2021 (aea) (Entered: 10/07/2021) |
| 10/07/2021 | 20 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MOTION for Jeffrey A. Liesemer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25167834. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Text of Proposed Order Proposed form of Order).(Phillips, Todd) Modified on 10/8/2021 (aea). (Entered: 10/07/2021) |
| 10/07/2021 | 21 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MOTION for Lucas H. Self to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25167846. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Text of Proposed Order Proposed form of Order).(Phillips, Todd) Modified on 10/8/2021 (aea). (Entered: 10/07/2021) |

| | | |
|---|---|---|
| 10/07/2021 | 22 | LETTER addressed to Judge Colleen McMahon from Kevin C. Maclay dated 10/07/2021 Document filed by Multi-State Governmental Entities Group..(Phillips, Todd) (Entered: 10/07/2021) |
| 10/07/2021 | 23 | LETTER addressed to Judge Colleen McMahon from Mitchell P. Hurley dated October 7, 2021 Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Exhibit A).(Hurley, Mitchell) (Entered: 10/07/2021) |
| 10/07/2021 | 24 | ORDER TO ALL COUNSEL: The deluge of letters has begun. It stops now. I will not allow this matter to be litigated by letter. So stop writing them. I am not going to read them. I am a stickler for proper procedure, especially in a case like this one. I need a list of all issues that you want addressed to be sent to chambers by 9 AM on Tuesday, October 12, in advance of our afternoon session. Any issue that has been raised by letter and any issue that you are thinking of raising by letter between now and Tuesday, must be on that list, or we will not be discussing it on Tuesday. Since the issue of who is properly deemed an appellee has been raised, I will expect briefs to be filed by Tuesday morning on that question. Quite a few entities seem to have participated in the confirmation hearing, but this is an appeal and there are rules about who is a party to an appeal. I note that Advisory Opinion 100 identified certain entities (such as the UCC) as "parties" to a bankruptcy proceeding for conflict of interest purpose; if there is authority for the proposition that those entities either are or are not properly listed as appellees in this matter (assuming they did not file a notice of appeal), then I expect you to direct me to it. But not by letter. In the future, any applications for rulings from the court must be made by notice of motion accompanied by a short (and I mean short) brief. If this is going to be a frequent occurrence, I will come up with rules that must be followed to bring issues to my attention. But it should not be a frequent occurrence. This is an appeal, folks, not a second confirmation hearing. I am obviously expecting a number of amicus motions, and we will set a timetable on Tuesday for the making of such motions and for very quick responses thereto. What I want to discuss on Tuesday are: how soon we can get the principal issue on appeal briefed and argued, and what other aspects of Judge Drain's order are being appealed and by whom. I would also like to know whether anyone is planning to try to move this appeal directly to the Second Circuit (we read the press too, you know). Everything else, frankly, is collateral. I hope you have a pleasant holiday weekend. Please remember that the court is closed on Monday. I will see you Tuesday afternoon. By the way, while we are trying to find an "over flow" courtroom, there are many matters on the calendar here at the Moynihan Courthouse on Tuesday, and so far we have been unable to find one. I expect that access for those not actively participating in the conference will be by phone. We will keep you informed. So Ordered. (Signed by Judge Colleen McMahon on 10/7/2021) (js) (Entered: 10/08/2021) |
| 10/08/2021 | 25 | **FILING ERROR - ELECTRONIC FILING OF NON-ECF DOCUMENT** - PROPOSED ORDER. Document filed by The State of Washington..(Gold, Matthew) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 10/8/2021 (dt). (Entered: 10/08/2021) |
| 10/08/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING REJECTION OF PROPOSED ORDER TO BRING PERSONAL ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOUSES OF THE SDNY FOR USE IN A PROCEEDING OR TRIAL. Notice to Attorney Gold, Matthew re: Document 25 Proposed Order, was rejected by the Clerk's Office for the following reason, the Order to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) Into the Courthouses of the SDNY for Use in a Proceeding or Trial should not be electronically filed. Please download and review the Local Rules, Judge's Individual Rules of Practice and ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions. (dt)** (Entered: 10/08/2021) |
| 10/08/2021 | 26 | NOTICE OF APPEARANCE by Scott R Bickford on behalf of Ad Hoc Committee of NAS Children..(Bickford, Scott) (Entered: 10/08/2021) |
| 10/08/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 17 MOTION for Harold D. Israel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25167345. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 10/08/2021) |
| 10/08/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 19 MOTION for Kevin C. Maclay to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25167807. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Maryland and DC; Missing Notarized Affidavit. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (aea)** (Entered: 10/08/2021) |
| 10/08/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 20 MOTION for Jeffrey A. Liesemer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25167834. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Virginia and DC; Missing Notarized Affidavit;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (aea)** (Entered: 10/08/2021) |
| 10/08/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE** |

| | | |
|---|---|---|
| | | **Document No. 21 MOTION for Lucas H. Self to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25167846. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Louisiana; Missing Notarized Affidavit. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (aea) (Entered: 10/08/2021)** |
| 10/08/2021 | 27 | SCHEDULING CONFERENCE: The purpose of this order is to provide logistics for the scheduling conference to be held on Tuesday, October 12, 2021, at 2 PM in the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street. The conference will be held in Room 24A. Only lawyers who have a speaking role should appear in person for this conference. Due to social distancing requirements, we cannot accommodate entire teams of lawyers, and those who are not speaking may not be permitted in the room. Other counsel and members of the public are invited to dial in to the conference at the following number: 888-363-4749, access code 9054506. All are reminded that video or audio recording is prohibited by law. (Scheduling Conference set for 10/12/2021 at 02:00 PM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 10/8/2021) (rro) (Entered: 10/08/2021) |
| 10/09/2021 | 28 | NOTICE OF APPEARANCE by James Paul Wehner, Jr on behalf of Multi-State Governmental Entities Group.. (Wehner, James) (Entered: 10/09/2021) |
| 10/10/2021 | 29 | TEMPORARY RESTRAINING ORDER PENDING ARGUMENT ON THEUNITED STATES TRUSTEES MOTION FOR A STAY(FILED AT DOCKET # 21 CV 7532; 21 CV 7961; 21 CV 7966; 21 CV 7969; 21 CV 8034; 21 CV 8042; 21 CV 8049; 21 CV 8055; 21 CV 8139McMahon, J.:The United States Trustee has anticipated by two days one of the items on MY agenda for our conference on Tuesday, that being the question of a stay pending appeal. This court is all too familiar with the doctrine of equitable mootness as applied in the Second Circuit, as it has upended my ability to decide at least one previous bankruptcy appeal. I am also aware of the fact that the issue is presently under consideration at the United States Supreme Court, which will resolve it one way or the other this term. I have no intention of allowing the critically important issues on appeal to be equitably mooted, and I had intended to ask the parties about their views on a stay when we got together. Now that I have a formal motion, I intend to resolve the question ON TUESDAY, with oral argument. As long as I have jurisdiction to enter a stay pending appeal I fully intend to do so, unless some opponent comes up with an argument that I cannot presently anticipate. (though I will listen to what anyone has to say). The stay will be conditioned on adherence to an expedited briefing schedule for the appeal. I am given to understand that the automatic stay following confirmation has already expired. Accordingly, sufficient cause appearing therefor, I hereby enter this temporary restraining order staying the effectiveness and implementation of the Bankruptcy Courts orders of September 15 and 17, 2021, from which appeals have been taken to this court (the Advance Order and the Confirmation Order, respectively), as well as oral confirmation order dated September 1, 2021, and any other orders of which I might not be aware that are implicated by the pendency of these appeals. We will take this matter up on the merits on Tuesday. This order shall be docketed in all pending appeals. BY ECF TO ALL COUNSEL (Signed by Judge Colleen McMahon on 10/10/2021). (mde) (Additional attachment(s) added on 10/12/2021: # 1 order) (mde). (Entered: 10/10/2021) |
| 10/11/2021 | 30 | NOTICE OF to Bring in Personal Electronic Device(s) and/or the General Purpose Computing Device(s). Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 10/11/2021) |
| 10/11/2021 | 31 | NOTICE OF APPEARANCE by Alexander Lees on behalf of The Raymond Sackler Family..(Lees, Alexander) (Entered: 10/11/2021) |
| 10/11/2021 | 32 | NOTICE OF APPEARANCE by Michele Meises on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma, L.P...(Meises, Michele) (Entered: 10/11/2021) |
| 10/11/2021 | 33 | NOTICE OF APPEARANCE by Gregory P. Joseph on behalf of The Raymond Sackler Family..(Joseph, Gregory) (Entered: 10/11/2021) |
| 10/11/2021 | 34 | NOTICE OF APPEARANCE by Alice Tsier on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma, L.P...(Tsier, Alice) (Entered: 10/11/2021) |
| 10/11/2021 | 35 | NOTICE OF APPEARANCE by Mara Ann Leventhal on behalf of The Raymond Sackler Family..(Leventhal, Mara) (Entered: 10/11/2021) |
| 10/11/2021 | 36 | NOTICE OF Joint Submission of Issues for Consideration During October 12, 2021 Conference. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 10/11/2021) |
| 10/12/2021 | 37 | **FILING ERROR - NOT ALL CORPORATE PARENTS/OTHER AFFILIATES WERE ADDED -** RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Pharmaceutical Research Associates L.P., Corporate Parent Banela Corporation, Corporate Parent Linarite Holdings LLC, Corporate Parent Perthlite Holdings LLC, Other Affiliate Rhodes Technologies, Other Affiliate PURDUE PHARMACEUTICAL PRODUCTS L.P., Other Affiliate Purdue Transdermal Technologies L.P., Other Affiliate Purdue Pharma Manufacturing L.P., Other Affiliate Purdue Pharma of Puerto Rico, Other Affiliate Rhodes Pharmaceuticals L.P., Other Affiliate Avrio Health L.P., Other Affiliate Adlon Therapeutics L.P., Other Affiliate Imbrium Therapeutics L.P., Other Affiliate Greenfield BioVentures L.P., Other Affiliate Nayatt Cove Lifescience Inc., Other Affiliate Rhodes Associates L.P., Other Affiliate Seven Seas Hill Corp., Other Affiliate Ophir Green Corp, Other Affiliate Purdue Neuroscience |

| | | |
|---|---|---|
| | | Company, Other Affiliate Paul Land Inc., Other Affiliate UDF L.P., Other Affiliate SVC Pharma Inc., Other Affiliate Button Land L.P., Other Affiliate Quidnick Land L.P., Other Affiliate SVC Pharma LP, Other Affiliate Purdue Pharma L.P., Other Affiliate Purdue Pharmaceuticals L.P. for Purdue Pharma L.P.. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) Modified on 10/13/2021 (ldi). (Entered: 10/12/2021) |
| 10/12/2021 | 38 | BRIEF . Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Hurley, Mitchell) (Entered: 10/12/2021) |
| 10/12/2021 | 39 | NOTICE OF APPEARANCE by Maura Kathleen Monaghan on behalf of Mortimer-side Initial Covered Sackler Persons..(Monaghan, Maura) (Entered: 10/12/2021) |
| 10/12/2021 | 40 | NOTICE OF APPEARANCE by Jasmine Ball on behalf of Mortimer-side Initial Covered Sackler Persons..(Ball, Jasmine) (Entered: 10/12/2021) |
| 10/12/2021 | 41 | MOTION to Amend/Correct . Document filed by Mortimer-side Initial Covered Sackler Persons..(Monaghan, Maura) (Entered: 10/12/2021) |
| 10/12/2021 | 42 | MEMORANDUM OF LAW in Support re: 41 MOTION to Amend/Correct . . Document filed by Mortimer-side Initial Covered Sackler Persons..(Monaghan, Maura) (Entered: 10/12/2021) |
| 10/12/2021 | 43 | NOTICE OF APPEARANCE by Gerard Henry Uzzi on behalf of The Raymond Sackler Family..(Uzzi, Gerard) (Entered: 10/12/2021) |
| 10/12/2021 | 44 | MOTION to Intervene *as Appellee Pursuant to Rule 8013(g)*. Document filed by Ad Hoc Committee of NAS Children..(Israel, Harold) (Entered: 10/12/2021) |
| 10/12/2021 | 45 | MEMORANDUM OF LAW in Support re: 44 MOTION to Intervene *as Appellee Pursuant to Rule 8013(g)*. . Document filed by Ad Hoc Committee of NAS Children..(Israel, Harold) (Entered: 10/12/2021) |
| 10/12/2021 | 46 | MOTION to Intervene / *Motion of the Multi-State Governmental Entities Group to Intervene as an Appellee.* Document filed by Multi-State Governmental Entities Group..(Wehner, James) (Entered: 10/12/2021) |
| 10/12/2021 | 47 | MEMORANDUM OF LAW in Support re: 46 MOTION to Intervene / *Motion of the Multi-State Governmental Entities Group to Intervene as an Appellee.* . Document filed by Multi-State Governmental Entities Group..(Wehner, James) (Entered: 10/12/2021) |
| 10/12/2021 | | Set/Reset Hearings: Oral Argument set for 11/30/2021 at 10:00 AM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon. (mde) (Entered: 10/13/2021) |
| 10/12/2021 | | Minute Entry for proceedings held before Judge Colleen McMahon: Scheduling Conference held on 10/12/2021. Decision: Scheduling Conference held with parties counsel appearing in person, except counsel for the State of California who appeared remotely via Teams. The Court addressed each of the issues raised in the parties Joint Submission of Issues for Consideration During October 12, 2021 Conference and heard oral argument on the U.S. Trustees Emergency Motion for a Stay Pending Appeal. The transcript will be available on ECF. The Court adopted the following schedule for the parties Merits Briefs and Oral Argument: Appellants Briefs due October 22, 2021; Appellees Briefs due November 12, 2021; Appellants Relies due November 19, 2021; Oral Arguments are scheduled for November 30, 2021 at 10am. Submitted by: Caroline Fish. (Court Reporter Carol Ganley) Associated Cases: 7:21-cv-07532-CM et al.(mde) (Entered: 10/14/2021) |
| 10/13/2021 | 48 | MOTION to Intervene / *Motion of the AD Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Seeking Leave to Intervene Pursuant to Rule 8013(g) of the Federal Rules of Bankruptcy Procedure.* Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Exhibit A).(Shore, J.) (Entered: 10/13/2021) |
| 10/13/2021 | 49 | MEMORANDUM OF LAW in Support re: 48 MOTION to Intervene / *Motion of the AD Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Seeking Leave to Intervene Pursuant to Rule 8013(g) of the Federal Rules of Bankruptcy Procedure.* . Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Shore, J.) (Entered: 10/13/2021) |
| 10/13/2021 | 50 | DECLARATION of J. Christopher Shore in Support re: 48 MOTION to Intervene / *Motion of the AD Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Seeking Leave to Intervene Pursuant to Rule 8013(g) of the Federal Rules of Bankruptcy Procedure.*. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Exhibit 1 - Revised Memorandum of Law in Support of the Motion of the Ad Hoc Group of Individual Victims of Purdue Pharma, L.P., et al., Seeking Leave to Intervene, # 2 Exhibit 2 - Redline of Revised Memorandum of Law in Support of the Motion of the Ad Hoc Group of Individual Victims of Purdue Pharma, L.P., et al., Seeking Leave to Intervene).(Shore, J.) (Entered: 10/13/2021) |
| 10/13/2021 | 51 | ORDER FOR ADMISSION PRO HAC VICE granting 17 MOTION for Harold D. Israel to Appear Pro Hac Vice. The Motion of Harold D. Israel for admission to practice Pro Hae Vice in the above-captioned action is granted. (Signed by Judge Colleen McMahon on 10/13/2021) (jca) (Entered: 10/13/2021) |
| 10/13/2021 | 52 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Scott R. Bickford to Appear Pro Hac Vice . |

| | | |
|---|---|---|
| | | Filing fee $ 200.00, receipt number ANYSDC-25187779. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ad Hoc Committee of NAS Children. (Attachments: # 1 Text of Proposed Order).(Bickford, Scott) Modified on 10/13/2021 (wb). (Entered: 10/13/2021) |
| 10/13/2021 | 53 | AMENDED MEMORANDUM OF LAW in Support re: 48 MOTION to Intervene / *Motion of the AD Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Seeking Leave to Intervene Pursuant to Rule 8013(g) of the Federal Rules of Bankruptcy Procedure*. . Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Shore, J.) (Entered: 10/13/2021) |
| 10/13/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 52 MOTION for Scott R. Bickford to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25187779. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas; Affidavit is not notarized.;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (wb)** (Entered: 10/13/2021) |
| 10/13/2021 | 54 | MOTION for Ze-Wen Julius Chen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25189600. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Affidavit of Ze-Wen Julius Chen in Support, # 2 Exhibit 1- Certificates of Good Standing, # 3 Proposed Order).(Chen, Z.W.) (Entered: 10/13/2021) |
| 10/13/2021 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Benjamin S. Kaminetzky to RE-FILE Document 37 Rule 7.1 Corporate Disclosure Statement. ERROR(S): Not All Corporate Parents/Other affiliates were added. Please re-file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). (ldi)** (Entered: 10/13/2021) |
| 10/13/2021 | 55 | SCHEDULING ORDER AND ORDER CONSOLIDATING APPEALS: The Court, having convened a scheduling conference in these pending bankruptcy appeals, enters the following schedule: Appellants' briefs are due October 22, 2021; Appellees' briefs are due November 12, 2021; Appellants' rely briefs are due November 19, 2021; Oral arguments are scheduled for 10:00 AM on November 30, 2021, in courtroom 24A of the Daniel Patrick Moynihan Court House at 500 Pearl Street, New York, New York. As with the recent scheduling conference, only lawyers who have a speaking role should appear in person for oral argument. Non-speaking counsel and members of the public are invited to be present in an overflow courtroom (with limited capacity) or to dial in to the conference at the following number: 888-363-4749, access code 9054506. Video or audio recording of the proceedings is prohibited by law. The Court further orders that the above-captioned appeals be administratively consolidated under the first-filed appeal at case number 21-cv-7532, which shall be the Master Case Number. All further filings by the court will be docketed under the Master Case Number; filings peculiar to any appeal will be docketed under both the Master Case Number and the individual appeal Case Number. Any additional appeals from the Confirmation Order and/or the Advance Order in the matter of In re: Purdue Pharma, L.P. that are filed but not yet docketed will automatically be deemed subject to this order and administratively consolidated with the appeals listed in the caption of this order. (Appellant Brief due by 10/22/2021., Appellant Reply Brief due by 11/19/2021., Appellee Brief due by 11/12/2021., Oral Argument set for 11/30/2021 at 10:00 AM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 10/13/2021) (jca) (Entered: 10/13/2021) |
| 10/13/2021 | 56 | NOTICE OF APPEARANCE by Edward Eliezer Neiger on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma, L.P..(Neiger, Edward) (Entered: 10/13/2021) |
| 10/13/2021 | 57 | NOTICE OF APPEARANCE by Brian Edmunds on behalf of State of Maryland..(Edmunds, Brian) (Entered: 10/13/2021) |
| 10/14/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 54 MOTION for Ze-Wen Julius Chen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25189600. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/14/2021) |
| 10/14/2021 | 58 | ORDER FOR PRO HAC VICE ADMISSION granting 54 MOTION for Ze-Wen Julius Chen to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 10/14/2021) (jca) (Entered: 10/14/2021) |
| 10/14/2021 | 59 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Pharmaceutical Research Associates L.P., Corporate Parent PLP Associates Holdings L.P., Corporate Parent BR Holdings Associates L.P., Corporate Parent Beacon Company, Other Affiliate Rhodes Technologies, Other Affiliate Purdue Pharmaceutical Products L.P., Other Affiliate Purdue Transdermal Technologies L.P., Other Affiliate Purdue Pharma Manufacturing L.P., Other Affiliate Purdue Pharma of Puerto Rico, Other Affiliate Rhodes Pharmaceuticals L.P., Other Affiliate Avrio Health L.P., Other Affiliate Adlon Therapeutics L.P., Other Affiliate Imbrium Therapeutics L.P., Other Affiliate Greenfield BioVentures L.P., Other Affiliate Nayatt Cove Lifescience Inc., Other Affiliate Rhodes Associates L.P., Other Affiliate Seven Seas Hill Corp., Other Affiliate Seven Seas Hill Corp., Other Affiliate Ophir |

| | | Green Corp, Other Affiliate Purdue Neuroscience Company, Other Affiliate Paul Land Inc., Other Affiliate UDF L.P., Other Affiliate SVC Pharma Inc., Other Affiliate Button Land L.P., Other Affiliate Quidnick Land L.P., Other Affiliate Banela Corporation, Other Affiliate Linarite Holdings LLC, Other Affiliate Perthlite Holdings LLC, Other Affiliate Rosebay Medical Company L.P., Other Affiliate Heatheridge Trust Company Limited, Other Affiliate Millborne Trust Company Limited, Other Affiliate Data LLC, Other Affiliate Cornice Fiduciary Management LLC, Other Affiliate Ophir Green Corp, Other Affiliate Richard S. Sackler, M.D., Other Affiliate Cedar Cliff Fiduciary Management Inc., Other Affiliate SVC Pharma L.P., Other Affiliate Purdue Pharma Inc., Other Affiliate Purdue Pharmaceuticals L.P. for Purdue Pharma L.P.. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 10/14/2021) |
|---|---|---|
| 10/14/2021 | 60 | ORDER ON THE PENDING MOTIONS TO INTERVENE BY THE AD HOC COMMITTEE OF NAS CHILDREN, THE MULTI-STATE GOVERNMENT ENTITIES GROUP, AND THE AD HOC GROUP OF INDIVIDUAL VICTIMS OF PURDUE PHARMA L.P., ET AL denying (44) Motion to Intervene; granting (46) Motion to Intervene; granting (48) Motion to Intervene in case 7:21-cv-07532-CM; granting (31) Motion to Intervene; granting (33) Motion to Intervene in case 7:21-cv-07585-CM; granting (39) Motion to Intervene; granting (41) Motion to Intervene in case 7:21-cv-07961-CM; granting (37) Motion to Intervene; granting (39) Motion to Intervene in case 7:21-cv-07962-CM; granting (41) Motion to Intervene; granting (43) Motion to Intervene in case 7:21-cv-07966-CM; granting (40) Motion to Intervene; granting (42) Motion to Intervene in case 7:21-cv-07969-CM; granting (33) Motion to Intervene; granting (35) Motion to Intervene in case 7:21-cv-08034-CM; granting (32) Motion to Intervene; granting (34) Motion to Intervene in case 7:21-cv-08042-CM; granting (33) Motion to Intervene; granting (35) Motion to Intervene in case 7:21-cv-08049-CM; granting (36) Motion to Intervene; granting (38) Motion to Intervene in case 7:21-cv-08055-CM; granting (30) Motion to Intervene; granting (32) Motion to Intervene in case 7:21-cv-08139-CM; granting (15) Motion to Intervene; granting (17) Motion to Intervene in case 7:21-cv-08258-UA; granting (27) Motion to Intervene; granting (29) Motion to Intervene in case 7:21-cv-08271-CM. After reviewing the motions and the accompanying submissions, it seems clear that both the Multi-State Governmental Entities Group and the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al. argued the issues that are being contested on appeal before the Bankruptcy Court. Their intervention motions are, therefore, granted, as I said they would be at the conference, and they shall henceforth be deemed Appellees in all the pending appeals. The Ad Hoc Committee of NAS Children admits that it did not argue the contested issuesbelow, so its motion for leave to intervene as appellee is denied. The Clerk is directed to close the motions at Dockets 44, 46 and 48 in the Master Case at 21-cv-7532. BY ECF TO ALL PARTIES (Signed by Judge Colleen McMahon on 10/14/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (jca) (Entered: 10/14/2021) |
| 10/14/2021 | 61 | MOTION for Scott R. Bickford to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ad Hoc Committee of NAS Children. (Attachments: # 1 Text of Proposed Order).(Bickford, Scott) (Entered: 10/14/2021) |
| 10/15/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 61 MOTION for Scott R. Bickford to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/15/2021) |
| 10/15/2021 | 62 | PROPOSED STIPULATION AND ORDER. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 10/15/2021) |
| 10/15/2021 | 63 | CERTIFICATE OF SERVICE. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P... (Tsier, Alice) (Entered: 10/15/2021) |
| 10/15/2021 | 64 | MOTION for Reconsideration - *UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL.* Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Text of Proposed Order).(Velez-Rivera, Andrew) (Entered: 10/15/2021) |
| 10/15/2021 | 65 | MEMORANDUM OF LAW in Support re: 64 MOTION for Reconsideration - *UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL. .* Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Exhibit).(Velez-Rivera, Andrew) (Entered: 10/15/2021) |
| 10/17/2021 | 66 | JOINT MEMORANDUM OF LAW in Opposition re: (53 in 7:21-cv-07966-CM) MOTION for Reconsideration - *United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal.*, (64 in 7:21-cv-07532-CM) MOTION for Reconsideration - *UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL.*, (53 in 7:21-cv-07969-CM) MOTION for Reconsideration - *United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. .* Document filed by Purdue Pharma L.P.. Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07966-CM, 7:21-cv-07969-CM.(Huebner, Marshall) (Entered: 10/17/2021) |
| 10/18/2021 | 67 | CERTIFICATE OF SERVICE. Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Exhibit service list).(Velez-Rivera, Andrew) (Entered: 10/18/2021) |

| 10/18/2021 | [68](#) | NOTICE OF APPEARANCE by Matthew J. Gold on behalf of State of Rhode Island, The State of Delaware.. (Gold, Matthew) (Entered: 10/18/2021) |
|---|---|---|
| 10/18/2021 | [69](#) | ORDER CORRECTING PRIOR DECISION denying (64) Motion for Reconsideration re (64 in 7:21-cv-07532-CM) MOTION for Reconsideration - *UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL*. filed by U.S. Trustee William K. Harrington, (53 in 7:21-cv-07966-CM) MOTION for Reconsideration - *United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal*. filed by William K. Harrington, (53 in 7:21-cv-07969-CM) MOTION for Reconsideration - *United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal*. filed by William K. Harrington, (53 in 7:21-cv-07532-CM; denying (53) Motion for Reconsideration re (64 in 7:21-cv-07532-CM) MOTION for Reconsideration - *UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL*. filed by U.S. Trustee William K. Harrington, (53 in 7:21-cv-07966-CM) MOTION for Reconsideration - *United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal*. filed by William K. Harrington, (53 in 7:21-cv-07969-CM) MOTION for Reconsideration - *United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal*. filed by William K. Harrington in case 7:21-cv-07966-cm; denying (53) Motion for Reconsideration re (64 in 7:21-cv-07532-CM) MOTION for Reconsideration - *UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL*. filed by U.S. Trustee William K. Harrington, (53 in 7:21-cv-07966-CM) MOTION for Reconsideration - *United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal*. filed by William K. Harrington, (53 in 7:21-cv-07969-CM) MOTION for Reconsideration - *United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal*. filed by William K. Harrington in case 7:21-cv-07969-CM. I received over the weekend a motion from the U.S. Trustee for "clarification" of the court's order dated October 14, 2021. (Docket No. 64). In addition to its request for clarification, the U.S. Trustee asks the court to order the Debtors to provide this court with a weekly written accounting of any activities that it takes between now and the date when this court decides the pending appeal- presumably so Appellants can assess, in light of the doctrine of equitable mootness, whether or not the time to move anew for a stay pending appeal has come. I confess error. I had believed, following our lengthy conference of last week, that the only preparatory actions being taken by the Debtors prior between now and the Effective Date were being undertaken pursuant to the Advance Order. Apparently I was mistaken in that belief; some actions that would allow for quick effectuation of the Plan are being undertaken, or may be undertaken, pursuant to the authority of Paragraph 8 of the Confirmation Order. I had intended for the stipulation on which my denial of a stay pending appeal was conditioned to include all such actions, regardless of which Order authorized them; in my effort to be quite precise, I caused the order to be erroneous. I therefore correct the order so that the first full paragraph on page 13 reads as follows: as further set forth herein. This is entirely my fault, and I apologize, especially to Appellees and others who signed with alacrity a stipulation that apparently does not cover all that I intended it to cover. (Docket No. 62). I emphasize this is a correction- not a clarification, and certainly not reconsideration. It is what I intended all along. And I think all parties know that. The U.S. Trustee asks that this stipulation cover criminal sentencing as well as actions taken pursuant to the Advance and Confirmation Orders. I am mystified by this request. The last time I looked, criminal sentencing was an action performed by a judge, not by the defendant being sentenced. Moreover, the judge acts pursuant to her Article III authority and the criminal laws of the United States, not as a result of any Plan of Reorganization confirmed by a Bankruptcy Court. So I do not understand how Purdue's being sentenced could be taxed to the Debtor as an action taken in furtherance of the Plan for equitable mootness purposes. The U.S. Trustee does not offer any explanation for this aspect of his request. The fact that the Effective Date cannot occur until eight days after the sentencing does not make the sentencing an action undertaken pursuant to the Plan, or the Advance Order or the Confirmation Order. And should the judge decide to order restitution pursuant to the Mandatory Victim's Restitution Act, she will be doing so on the authority of 18 U.S.C. § 3363A. I thus see no reason to grant the request; I do not even understand it. As for the request for weekly updates: that is an entirely new request for relief. It is denied.. (Signed by Judge Colleen McMahon on 10/18/2021) BY ECF TO ALL COUNSEL Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 10/18/2021) |
| 10/19/2021 | [70](#) | ORDER FOR ADMISSION PRO HAC VICE: granting [61](#) Motion for Scott R. Bickford to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 10/19/2021) (ama) (Entered: 10/19/2021) |
| 10/20/2021 | [71](#) | PROPOSED STIPULATION AND ORDER. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 10/20/2021) |
| 10/20/2021 | [72](#) | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/12/2021 before Judge Colleen McMahon. Court Reporter/Transcriber: Carol Ganley, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/10/2021. Redacted Transcript Deadline set |

|  |  | for 11/22/2021. Release of Transcript Restriction set for 1/18/2022.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Moya, Goretti) (Entered: 10/20/2021) |
|---|---|---|
| 10/20/2021 | 73 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/12/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 7:21-cv-07532-CM et al..(Moya, Goretti) (Entered: 10/20/2021) |
| 10/21/2021 | 74 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY, The substitution of attorney is hereby approved and so ORDERED. Attorney Jeff Payne for State of Oregon added. Attorney Matthew J. Gold terminated. (Signed by Judge Colleen McMahon on 10/21/2021) (kv) (Entered: 10/21/2021) |
| 10/21/2021 | 75 | ORDER CONSOLIDATING NEWLY-DOCKETED APPEALS AND ADDRESSING OTHER MATTERS: 1. I received three new assignments from the Assignment Committee this week: the long-awaited appeal by the State of Vermont has finally been docketed, as have two pro se appeals. Those three actions - 21 cv 8548, 8557 and 8566 - are hereby consolidated with all other pending appeals under the master number 21 cv 7532. Appellants are on the same schedule for briefing imposed by the court - which makes the appellants' briefs due tomorrow. I take it on faith that Vermont is aware of the schedule and will be prepared to file a brief tomorrow. If the prose appellants arc filing briefs on appeal, they can have until Friday, October 29, 2021. If anyone knows of any other anticipated appeal, please let me know as soon as possible. 2. I am getting caught up as fast as I can, but friends, I need a glossary. You all talk in abbreviations (NOAT, DMP) and I am spending as much time trying to figure out what those abbreviations mean (I assume NOAT is Net Operating Asset Trust, and I think DMP means Distributing and Manufacturing Parties - please correct me if I am wrong) as I am reading transcript. Would the Debtors please assemble a master list of abbreviations that have been used in this case to save me a little time? 3. I just want to advise the parties that I remain more than theoretically interested in exactly what kinds of opioid-related claims have been or could be asse1ied against persons or corporations covered by the Shareholder Release at issue on this appeal who are not themselves officers, directors or agents of one or more of the Debtor corporations. I hope that in your briefing, but certainly by the time of oral argument, you can identify for me some claims (preferably actual claims, but if not then hypothetical claims) as to which the defendant would have no claim on the Debtors' estates, but which are being released under the challenged third-party release. 4. Thinking ahead to November 3 0: before I impose an oral argument schedule on the parties I will listen to your suggestions. However, heed all of the following: there will be only one day of oral argument, limited to six hours total - three hours for ALL appellants, three hours for appellees. I will have read all of your briefs and digested all of your written arguments. Everyone will want to talk; everyone cannot talk. Think carefully about how you want to allocate your time, because if people start to get redundant I will cut you off. Finally, the week before argument I will very likely give you some idea about what issues I want to talk about - what would be helpful to me in crafting an opinion - and I hope you will tailor your remarks accordingly. (Signed by Judge Colleen McMahon on 10/21/2021) BY ECF TO ALL COUNSELFiled In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 10/21/2021) |
| 10/21/2021 | 76 | AFFIDAVIT OF SERVICE of Letter to Judge McMahon, Consolidated Corporate Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 8012, Joint Submission of Issues for Consideration During October 12, 2021 Conference, [Proposed] Stipulation, Amended Stipulation served on Ronald S. Bass, State of Rhode Island, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on 10/20/2021. Service was made by Mail. Document filed by Purdue Pharma L.P..(Kaminetzky, Benjamin) (Entered: 10/21/2021) |
| 10/21/2021 | 77 | MOTION for Extension of Time . Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington. (Attachments: # 1 Affidavit Declaration of Matthew J. Gold in Support of Motion)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 10/21/2021) |
| 10/21/2021 | 78 | PROPOSED STIPULATION AND ORDER. Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A-Omnibus Designation and Counter Designation of Appellate Record).(Kaminetzky, Benjamin) (Entered: 10/21/2021) |
| 10/21/2021 | 81 | LETTER addressed to Judge Colleen McMahon from Ellen Isaacs, dated 10/21/21 re: My contacting you is for clarification. I filed a timely appeal on 10/1/21. Subsequently, I learned you held a hearing which I was never notified about. I accidently found out about your hearing just prior to Judge Drain's omnibus hearing. Note, I have never received due process by any of the parties through the Bankruptcy proceedings despite certification of said documents being sent. Hence, I was unable to file objections in a timely manner and denied Due Process etc. Please advise as to what is going on. I cannot provide the documents which the debtors are demanding that I may want attached to my appeal or prepare and submit a brief with no knowledge of what is going on due to lack of Due Process the attoney's waiting until the 11th hour to respond etc. Document filed by Ellen Isaacs.(sc) (Entered: 10/22/2021) |
| 10/22/2021 | 79 | RESPONSE to Motion re: (52 in 7:21-cv-07962-CM, 77 in 7:21-cv-07532-CM, 49 in 7:21-cv-08034-CM, 54 in 7:21-cv-07961-CM) MOTION for Extension of Time . . Document filed by Purdue Pharma L.P.. Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07961-CM, 7:21-cv-07962-CM, 7:21-cv-08034-CM.(Kaminetzky, Benjamin) (Entered: 10/22/2021) |

| | | |
|---|---|---|
| 10/22/2021 | 80 | NOTICE OF APPEARANCE by Sumi Kay Sakata on behalf of William K. Harrington. Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07966-CM, 7:21-cv-07969-CM.(Sakata, Sumi) (Entered: 10/22/2021) |
| 10/22/2021 | 82 | MOTION for Extension of Time *to file Appellants' Brief*. Document filed by The Peter Ballantyne Cree Nation.. (Underwood, Allen) (Entered: 10/22/2021) |
| 10/22/2021 | 83 | MOTION for Extension of Time *to file Appellants' Brief*. Document filed by The City of Grande Prairie.. (Underwood, Allen) (Entered: 10/22/2021) |
| 10/22/2021 | 84 | MEMO ENDORSEMENT granting (77) Letter Motion for Extension of Time in case 7:21-cv-07532-CM; granting (48) Letter Motion for Extension of Time in case 7:21-cv-07585-CM; granting (54) Letter Motion for Extension of Time in case 7:21-cv-07961-CM; granting (52) Letter Motion for Extension of Time in case 7:21-cv-07962-CM; granting (61) Letter Motion for Extension of Time in case 7:21-cv-07966-CM; granting (62) Letter Motion for Extension of Time in case 7:21-cv-07969-CM; granting (49) Letter Motion for Extension of Time in case 7:21-cv-08034-CM; granting (46) Letter Motion for Extension of Time in case 7:21-cv-08042-CM; granting (47) Letter Motion for Extension of Time in case 7:21-cv-08049-CM; granting (50) Letter Motion for Extension of Time in case 7:21-cv-08055-CM; granting (44) Letter Motion for Extension of Time in case 7:21-cv-08139-CM; granting (32) Letter Motion for Extension of Time in case 7:21-cv-08258-UA; granting (46) Letter Motion for Extension of Time in case 7:21-cv-08271-CM. ENDORSEMENT: Confirmed. I am Granting this motion and modifying the briefing schedule as per Mr. Gold's suggestion for ALL appellants. Please take note of the new schedule: Appellants: Oct. 25, 5pm, Appellees: Nov. 15, 5pm, Replies: Nov. 22, 5pm. (limited to 15 pages). No surreplies. SO ORDERED. Appellant Brief due by 10/25/2021. Appellant Reply Brief due by 11/22/2021. Appellee Brief due by 11/15/2021.. (Signed by Judge Colleen McMahon on 10/22/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 10/22/2021) |
| 10/22/2021 | 85 | LETTER MOTION for Extension of Time addressed to Judge Colleen McMahon from Sonya L. Lebsack dated October 22, 2021. Document filed by The District of Columbia.Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07585-CM.(Lebsack, Sonya) (Entered: 10/22/2021) |
| 10/22/2021 | 86 | MEMO ENDORSEMENT on re: 81 Letter,,, filed by Ellen Isaacs. ENDORSEMENT: Dear Ms. Isaacs: Your appeal was docketed and assigned to me yesterday. It has been consolidated with all the other appeals. By order entered yesterday, your brief is due next Friday, October 29, 2021. You must access the ECF for you case or for 21cv07532 (CM) to learn about all case developments. The oral argument on the appeal is scheduled for Tuesday, November 30, 2021, in my courtroom, room 24-A, at the Moynihan Courthouse. The only matter before me is the appeal from Judge Drain of Sept. 17, confirming the Plan of Reorganization. All other matters remain in the Bankruptcy Court. SO ORDERED. (Signed by Judge Colleen McMahon on 10/22/2021) (kv) (Entered: 10/22/2021) |
| 10/22/2021 | 87 | MEMO ENDO9RSEMENT granting (85) Letter Motion for Extension of Time in case 7:21-cv-07532-CM; granting (51) Letter Motion for Extension of Time in case 7:21-cv-07585-CM. ENDORSEMENT: Extension granted until Monday, Oct. 25, at 5pm. SO ORDERED. Appellant Brief due by 10/25/2021.. (Signed by Judge Colleen McMahon on 10/22/2021) Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07585-CM (kv) (Entered: 10/22/2021) |
| 10/22/2021 | 88 | PROPOSED STIPULATION AND ORDER. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 10/22/2021) |
| 10/25/2021 | 89 | MOTION to Approve Judicial Notice . Document filed by U.S. Trustee William K. Harrington..(Velez-Rivera, Andrew) (Entered: 10/25/2021) |
| 10/25/2021 | 90 | MEMORANDUM OF LAW in Support re: 89 MOTION to Approve Judicial Notice . . Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Appendix, # 2 Appendix).(Velez-Rivera, Andrew) (Entered: 10/25/2021) |
| 10/25/2021 | 91 | Appellant's BRIEF. Document filed by U.S. Trustee William K. Harrington. Appellee Brief due by 11/24/2021. (Attachments: # 1 Appendix Volume 1, # 2 Appendix Volume 2, # 3 Appendix Volume 3, # 4 Appendix Volume 4, # 5 Appendix Volume 5, # 6 Appendix Volume 6, # 7 Appendix Volume 7, # 8 Appendix Volume 8, # 9 Appendix Volume 9)Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07966-CM, 7:21-cv-07969-CM.(Sakata, Sumi) (Entered: 10/25/2021) |
| 10/25/2021 | 92 | NOTICE OF IMPROPER PROCEDURE, FAILURE OF DUE PROCESS, MOTION FOR CONTINUANCE & RELEASE OF SEAL DOCUMENTS TO ELLEN ISAACS. Document filed by Ellen Isaacs.(sc) (Entered: 10/25/2021) |
| 10/25/2021 | 93 | AFFIDAVIT OF SERVICE of [Proposed] Stipulation in Connection with Omnibus Designation and Counter-Designation of Appellate Record [Case No. 21-cv-07532; Docket No. 78], Response of the Debtors, The Official Committee of Unsecured Creditors, The Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, The Multi-State Governmental Entities Group, and The Ad Hoc Committee of NAS Children to Certain Appellants' Motions Requesting Additional Time to File Briefs [Case No. 21-cv-07532; Docket No. 79], [Proposed] Stipulation and Agreed Order Regarding Appendices [Case No. 21-cv-07532; Docket No. 88] served on Ronald S. Bass, State of Rhode Island, Andrew Ecke, Maria Ecke, Richard Ecke, and Ellen Isaacs on October 22, 2021. Service was made by Mail. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 10/25/2021) |
| 10/25/2021 | 94 | BRIEF *Statement of Interest of the United States of America Regarding the Shareholder Release*. Document filed by |

| | | |
|---|---|---|
| | | United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Fogelman, Lawrence) (Entered: 10/25/2021) |
| 10/25/2021 | 95 | Appellant's BRIEF. Document filed by People of The State of California, State of California. Appellee Brief due by 11/24/2021. (Attachments: # 1 Appendix - Volume I (Part 1), # 2 Appendix - Volume I (Part 2)).(Eskandari, Bernard) (Entered: 10/25/2021) |
| 10/25/2021 | 96 | Appellant's BRIEF. Document filed by The District of Columbia. Appellee Brief due by 11/24/2021. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Lebsack, Sonya) (Entered: 10/25/2021) |
| 10/25/2021 | 97 | **FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT #101) -** Appellant's BRIEF. Document filed by The State of Washington. Appellee Brief due by 11/24/2021. (Attachments: # 1 Compendium of Unpublished Authorities)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) Modified on 10/26/2021 (lb). (Entered: 10/25/2021) |
| 10/25/2021 | 98 | Appellant's BRIEF. Document filed by The Peter Ballantyne Cree Nation, The City of Grande Prairie. Appellee Brief due by 11/24/2021. (Attachments: # 1 Appendix)Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07961-CM, 7:21-cv-07962-CM.(Underwood, Allen) (Entered: 10/25/2021) |
| 10/26/2021 | 99 | MOTION for Joinder / *California's Joinder in Other Appellants Briefs Under Fed. R. Bankr. P. 8014(e)*. Document filed by People of The State of California, State of California..(Eskandari, Bernard) (Entered: 10/26/2021) |
| 10/26/2021 | 100 | Appellant's BRIEF. Document filed by State of Maryland. Appellee Brief due by 11/26/2021. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Edmunds, Brian) (Entered: 10/26/2021) |
| 10/26/2021 | 101 | Appellant's BRIEF. Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington. Appellee Brief due by 11/26/2021. (Attachments: # 1 Compendium of Unpublished Authorities)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 10/26/2021) |
| 10/26/2021 | 102 | RESPONSE re: (92 in 7:21-cv-07532-CM) MOTION to Continue., (6 in 7:21-cv-08566-CM) Letter,, (49 in 7:21-cv-08049-CM) MOTION for Extension of Time to File. . Document filed by Purdue Pharma L.P.. Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-08049-CM, 7:21-cv-08566-CM.(Kaminetzky, Benjamin) (Entered: 10/26/2021) |
| 10/26/2021 | 103 | ***SELECTED PARTIES***NOTICE of Appendix re: (101 in 7:21-cv-07532-CM) Appellant's Brief,. Document filed by State of Vermont, State of Rhode Island, State Of Connecticut, The State of Washington, The State of Delaware, Mortimer-side Initial Covered Sackler Persons, Purdue Pharma L.P., The Raymond Sackler Family. (Attachments: # 1 Appendix Volume 2 (Part 1), # 2 Appendix Volume 3 (Part 1), # 3 Appendix Volume 4 (Part 1), # 4 Appendix Volume 5 (Part 1), # 5 Appendix Volume 6 (Part 1), # 6 Appendix Volume 7 (Part 1), # 7 Appendix Volume 8 (Part 1), # 8 Appendix Volume 9 (Part 1), # 9 Appendix Volume 10 (Part 1), # 10 Appendix Volume 11 (Part 1), # 11 Appendix Volume 1 (Part 2), # 12 Appendix Volume 2 (Part 2), # 13 Appendix Volume 3 (Part 2), # 14 Appendix Volume 4 (Part 2), # 15 Appendix Volume 5 (Part 2))Filed In Associated Cases: 7:21-cv-07532-CM et al.Motion or Order to File Under Seal: 88 .(Gold, Matthew) (Entered: 10/26/2021) |
| 10/26/2021 | 104 | MEMO ENDORSEMENT granting (89) Motion to Approve Judicial Notice in case 7:21-cv-07532-CM; granting (64) Motion to Approve Judicial Notice in case 7:21-cv-07966-CM; granting (65) Motion to Approve Judicial Notice in case 7:21-cv-07969-CM. ENDORSEMENT: The motion is granted. SO ORDERED.. (Signed by Judge Colleen McMahon on 10/26/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 10/26/2021) |
| 10/26/2021 | 105 | STIPULATION IN CONNECTION WITH OMNIBUS DESIGNATION AND COUNTER-DESIGNATION OF APPELLATE RECORD: IT IS HEREBY STIPULATED, AGREED AND ORDERED AS FOLLOWS: 1. The Debtor-Appellees shall submit a single omnibus set of designations and counter-designations (the "Omnibus Designation") that will designate the items to be included in the record on the Appeals. 2. The Debtor-Appellees' submission of the Omnibus Designation on October 21, 2021, shall constitute a timely designation and counter-designation on behalf of all appellees in each of the Appeals. The Omnibus Designation is attached hereto as Exhibit A. 3. The Omnibus Designation shall constitute a single record, to be transmitted once, for use in each of the Appeals. 4. The rights of any party to correct or modify the record of the Appeals, pursuant to Rule 8009(e) of the Federal Rules of Bankruptcy Procedure, or otherwise, are preserved. 5. This stipulation may be signed in counterparts, which, when fully executed, shall constitute a single original. A facsimile or scanned copy of this stipulation shall have the same force and effect as the original. SO ORDERED. (Signed by Judge Colleen McMahon on 10/26/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 10/26/2021) |
| 10/26/2021 | 106 | LETTER addressed to Judge Colleen McMahon from Robert M. Tuchman dated October 26, 2021 re: Courtesy Copies. Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Tuchman, Robert) (Entered: 10/26/2021) |
| 10/26/2021 | 107 | NOTICE OF APPEARANCE by Allen Joseph Underwood, II on behalf of The City of Grande Prairie. Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07961-CM.(Underwood, Allen) (Entered: 10/26/2021) |
| 10/26/2021 | 108 | NOTICE OF APPEARANCE by Allen Joseph Underwood, II on behalf of The Peter Ballantyne Cree Nation. Filed |

| | | |
|---|---|---|
| | | In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07962-CM.(Underwood, Allen) (Entered: 10/26/2021) |
| 10/26/2021 | 109 | MEMO ENDORSEMENT denying 92 Letter Motion to Continue. ENDORSEMENT: Denied - pro se appellant briefs are due Oct. 29, 2021. SO ORDERED.. (Signed by Judge Colleen McMahon on 10/26/2021) (kv) (Entered: 10/26/2021) |
| 10/26/2021 | | Set/Reset Deadlines: Appellant Brief due by 10/29/2021. (kv) (Entered: 10/26/2021) |
| 10/26/2021 | 110 | LETTER addressed to Judge Colleen McMahon from Lawrence H. Fogelman dated October 26, 2021 re: courtesy copy of the Statement of Interest of the United States of America Regarding the Shareholder Release. Document filed by United States of America.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Fogelman, Lawrence) (Entered: 10/26/2021) |
| 10/26/2021 | 111 | MOTION for Noah Guzzo Purcell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-25246241. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The State of Washington. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Purcell, Noah) (Entered: 10/26/2021) |
| 10/26/2021 | 112 | MOTION for Cynthia Alexander to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-25246631. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The State of Washington. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Alexander, Cynthia) (Entered: 10/26/2021) |
| 10/26/2021 | 113 | MOTION for Tera M. Heintz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-25247744. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The State of Washington. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Exhibit Certificate of Good Standing, # 4 Text of Proposed Order)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Heintz, Tera) (Entered: 10/26/2021) |
| 10/27/2021 | 114 | CERTIFICATE OF SERVICE. Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Exhibit, # 2 Exhibit).(Velez-Rivera, Andrew) (Entered: 10/27/2021) |
| 10/27/2021 | 115 | NOTICE of Filing of Glossary of Terms Related to the Chapter 11 Cases. Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A - Debtors Glossary of Terms).(Kaminetzky, Benjamin) (Entered: 10/27/2021) |
| 10/27/2021 | 116 | MOTION for Tad Robinson O'Neill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-25251127. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The State of Washington. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Robinson O'Neill, Tad) (Entered: 10/27/2021) |
| 10/27/2021 | 117 | NOTICE OF APPEARANCE by Peter Max Aronoff on behalf of United States of America..(Aronoff, Peter) (Entered: 10/27/2021) |
| 10/27/2021 | 118 | NOTICE OF APPEARANCE by Lawrence Heath Fogelman on behalf of United States of America. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Fogelman, Lawrence) (Entered: 10/27/2021) |
| 10/27/2021 | 119 | NOTICE OF APPEARANCE by Danielle Judith Levine on behalf of United States of America. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Levine, Danielle) (Entered: 10/27/2021) |
| 10/27/2021 | 120 | CERTIFICATE OF SERVICE. Document filed by United States of America. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Fogelman, Lawrence) (Entered: 10/27/2021) |
| 10/27/2021 | 121 | Appellant's BRIEF. Document filed by State of Maryland. Appellee Brief due by 11/26/2021. (Attachments: # 1 Exhibit A: Corrected Brief of Appellant, the State of Maryland, # 2 Exhibit B: State of Maryland's Appendix, # 3 Exhibit C: Corrected Brief Blackline, # 4 Proposed Order)Filed In Associated Cases: 7:21-cv-07532-CM et al.. (Edmunds, Brian) (Entered: 10/27/2021) |
| 10/28/2021 | 122 | AFFIDAVIT OF SERVICE of Response of the Debtors and Official Committee of Unsecured Creditors to Certain Pro Se Appellants' Motions Requesting, Inter Alia, Additional Time to File Opening Briefs served on Ronald S. Bass, Rhode Island Office of the Attorney General, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on October 26, 2021. Service was made by Mail. Document filed by Purdue Pharma L.P..(Kaminetzky, Benjamin) (Entered: 10/28/2021) |
| 10/28/2021 | 123 | LETTER addressed to Judge Colleen McMahon from Lawrence H. Fogelman dated October 28, 2021 re: Correction Regarding Footnote 3 in Statement of Interest. Document filed by United States of America.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Fogelman, Lawrence) (Entered: 10/28/2021) |
| 10/28/2021 | 124 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 3 Amended Bankruptcy Appeal, 1 Bankruptcy Appeal. Document filed by Appellant The State of Washington..(bkar) (Entered: 10/28/2021) |
| 10/28/2021 | 125 | AFFIDAVIT OF SERVICE of Notice of Filing of Glossary of Terms Related to the Chapter 11 Cases served on Ronald S. Bass, Rhode Island Office of the Attorney General, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on October 27, 2021. Service was made by Mail. Document filed by Purdue Pharma L.P..(Kaminetzky, Benjamin) (Entered: 10/28/2021) |

| | | |
|---|---|---|
| 10/29/2021 | 126 | BRIEF OF APPELLANT, ELLEN ISAACS, Pro Se. Document filed by Ellen Isaacs. Appellee Brief due by 11/29/2021. (sc) (Entered: 10/29/2021) |
| 10/31/2021 | 127 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MOTION for Jeffrey A. Liesemer to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing VA, # 3 Exhibit Certificate of Good Standing DC, # 4 Text of Proposed Order).(Phillips, Todd) Modified on 11/1/2021 (aea). (Entered: 10/31/2021) |
| 11/01/2021 | 128 | MEMO ENDORSEMENT on re: (74 in 7:21-cv-08034-CM, 121 in 7:21-cv-07532-CM) Appellant's Brief, filed by State of Maryland. ENDORSEMENT: OK. SO ORDERED. (Signed by Judge Colleen McMahon on 11/1/2021) Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-08034-CM (kv) (Entered: 11/01/2021) |
| 11/01/2021 | 129 | LETTER addressed to Judge Colleen McMahon from Allen J. Underwood II dated 11/1/2021 re: Correction to page 24 of Appellant Brief, The Court's reading of the affected sentence is correct. The second "not" should be stricken and that portion of the sentence should read "claims based on that conduct are not subject to the carveout and are released".. Document filed by The City of Grande Prairie, The Peter Ballantyne Cree Nation.Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07961-CM, 7:21-cv-07962-CM.(Underwood, Allen) (Entered: 11/01/2021) |
| 11/01/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 127 MOTION for Jeffrey A. Liesemer to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from SUPREME COURT OF VIRGINIA. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (aea)** (Entered: 11/01/2021) |
| 11/04/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (61 in 7:21-cv-08049-CM, 44 in 7:21-cv-08258-UA, 58 in 7:21-cv-08042-CM, 56 in 7:21-cv-08139-CM, 63 in 7:21-cv-07585-CM, 60 in 7:21-cv-08271-CM, 70 in 7:21-cv-07961-CM, 64 in 7:21-cv-08055-CM, 77 in 7:21-cv-07966-CM, 111 in 7:21-cv-07532-CM, 67 in 7:21-cv-08034-CM, 68 in 7:21-cv-07962-CM, 78 in 7:21-cv-07969-CM) MOTION for Noah Guzzo Purcell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-25246241. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 7:21-cv-07532-CM et al.(wb)** (Entered: 11/04/2021) |
| 11/04/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (79 in 7:21-cv-07969-CM, 61 in 7:21-cv-08271-CM, 71 in 7:21-cv-07961-CM, 45 in 7:21-cv-08258-UA, 112 in 7:21-cv-07532-CM, 69 in 7:21-cv-07962-CM, 62 in 7:21-cv-08049-CM, 59 in 7:21-cv-08042-CM, 57 in 7:21-cv-08139-CM, 68 in 7:21-cv-08034-CM, 64 in 7:21-cv-07585-CM, 78 in 7:21-cv-07966-CM, 65 in 7:21-cv-08055-CM) MOTION for Cynthia Alexander to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-25246631. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 7:21-cv-07532-CM et al.(wb)** (Entered: 11/04/2021) |
| 11/04/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (62 in 7:21-cv-08271-CM, 113 in 7:21-cv-07532-CM, 66 in 7:21-cv-08055-CM, 79 in 7:21-cv-07966-CM, 69 in 7:21-cv-08034-CM, 70 in 7:21-cv-07962-CM, 63 in 7:21-cv-08049-CM, 60 in 7:21-cv-08042-CM, 46 in 7:21-cv-08258-UA, 65 in 7:21-cv-07585-CM, 58 in 7:21-cv-08139-CM, 72 in 7:21-cv-07961-CM, 80 in 7:21-cv-07969-CM) MOTION for Tera M. Heintz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-25247744. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 7:21-cv-07532-CM et al.(wb)** (Entered: 11/04/2021) |
| 11/04/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (71 in 7:21-cv-07962-CM, 80 in 7:21-cv-07966-CM, 59 in 7:21-cv-08139-CM, 116 in 7:21-cv-07532-CM, 61 in 7:21-cv-08042-CM, 63 in 7:21-cv-08271-CM, 66 in 7:21-cv-07585-CM, 47 in 7:21-cv-08258-UA, 81 in 7:21-cv-07969-CM, 64 in 7:21-cv-08049-CM, 67 in 7:21-cv-08034-CM, 67 in 7:21-cv-08055-CM, 73 in 7:21-cv-07961-CM) MOTION for Tad Robinson O'Neill to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-25251127. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 7:21-cv-07532-CM et al.(wb)** (Entered: 11/04/2021) |
| 11/08/2021 | 130 | ORDER FOR ADMISSION PRO HAC VICE granting (113) Motion for Tera M. Heintz to Appear Pro Hac Vice in case 7:21-cv-07532-CM. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hae Vice in the above captioned appeal in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 11/8/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (va) (Entered: 11/08/2021) |
| 11/08/2021 | 131 | ORDER FOR ADMISION PRO HAC VICE: granting 116 Motion for Tad Robinson O'Neil to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 11/08/2021) (ama) (Entered: 11/08/2021) |
| 11/08/2021 | 132 | ORDER FOR ADMISSION PRO HAC VICE granting 112 Motion for Cynthia Alexander to Appear Pro Hac Vice. |

| | | IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned appeal in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 11/8/2021) (va) (Entered: 11/08/2021) |
|---|---|---|
| 11/08/2021 | 133 | ORDER FOR ADMISSION PRO HAC VICE granting 111 Motion for Noah Guzzo Purcell to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hae Vice in the above captioned appeal in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 11/8/2021) (va) (Entered: 11/08/2021) |
| 11/08/2021 | 134 | NOTICE OF APPEARANCE by Cynthia Alexander on behalf of The State of Washington. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Alexander, Cynthia) (Entered: 11/08/2021) |
| 11/08/2021 | 135 | NOTICE OF APPEARANCE by Tad Robinson O'Neill on behalf of The State of Washington. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Robinson O'Neill, Tad) (Entered: 11/08/2021) |
| 11/08/2021 | 136 | NOTICE OF APPEARANCE by Noah G. Purcell on behalf of The State of Washington. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Purcell, Noah) (Entered: 11/08/2021) |
| 11/08/2021 | 137 | NOTICE OF APPEARANCE by Tera M Heintz on behalf of The State of Washington. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Heintz, Tera) (Entered: 11/08/2021) |
| 11/08/2021 | 138 | NOTICE of Publicly Filed Appendix re: (103 in 7:21-cv-07532-CM) Notice (Other),,,,. Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington. (Attachments: # 1 Appendix Volume 2 (Part 1), # 2 Appendix Volume 3 (Part 1), # 3 Appendix Volume 4 (Part 1), # 4 Appendix Volume 5 (Part 1), # 5 Appendix Volume 6 (Part 1), # 6 Appendix Volume 7 (Part 1), # 7 Appendix Volume 8 (Part 1), # 8 Appendix Volume 9 (Part 1), # 9 Appendix Volume 10 (Part 1), # 10 Appendix Volume 11 (Part 1), # 11 Appendix Volume 1 (Part 2), # 12 Appendix Volume 2 (Part 2), # 13 Appendix Volume 3 (Part 2), # 14 Appendix Volume 4 (Part 2), # 15 Appendix Volume 5 (Part 2))Filed In Associated Cases: 7:21-cv-07532-CM et al.. (Gold, Matthew) (Entered: 11/08/2021) |
| 11/09/2021 | 139 | LETTER from Ellen Isaacs, dated 11/9/21 re: Please be advised that I am disabled. I have been homeless living out of my car for nearly two years etc. In being so, I am respectfully requesting accommodations for lodging, transportation, meals and misc. to attend the hearing on 11/30/21, along with a reclining chair. It is unreasonable, unjust and discrimination for the pro se litigants to only be permitted to appear by telephone. Just how is someone on disability to afford a night in Manhattan due to his Court's refusal to have the proceedings via Zoom.. Document filed by Ellen Isaacs.(sc) (Entered: 11/09/2021) |
| 11/10/2021 | 140 | SCHEDULE FOR ORAL ARGUMENT: Counsel, after listening to your session before the very indulgent Judge Drain yesterday, I think I had better set some rules for our oral argument on November 30, as I intend to be much less indulgent. We will begin at 9:00 AM and proceed as follows: Appellants to have from 9:00-11: 15 to present argument. We will program a short break into that period. You can divide the time as you would like. But at 11: 15, appellants are done. The figurative little red light goes off and everyone sits down. Just like the Court of Appeals. I will hear the pro se litigants from 11: 15-11 :30. They will be appearing remotely. We will break for lunch from 11 :30-12:30. I realize that is on the early side, but we have a shortage of court reporters and they will need a significant break. So will I. Debtors and the other plan proponents have from 12:30-2:45 to present their argument. Again, we will program a short break into that time; and again, you can divide the time as you wish. And again, the little red light goes off at 2:45 and everyone sits down. I don't necessarily want reply argument/rebuttal. I want an hour at the end, from 3:00- 4:00, for my own purposes. I may ask to hear rebuttal; I may simply want to ask additional questions. You can anticipate a hot bench; my clerks and I are deeply immersed in the record and the relevant cases. In fact, on Monday, November 29, I will probably send out some questions that you should be prepared to address. At 4:00 PM, we will be through with oral argument. We will adhere strictly to these time limits. You should plan your arguments accordingly. I don't need a lot of exposition or background at oral argument. The briefs I have read are excellent and set out appellants' positions quite well. I have no reason to believe that the Debtors' briefs and those of their allies will be any less thorough or effective in presenting their position. There are fascinating legal issues to work through and that is how we should spend most of our time together. Furthermore, it is not my impression that there is much dispute over Judge Drain's findings of fact; it seems to be his conclusions of law that divide the parties. But since appellants are arguing that the Bankruptcy Court lacks subject matter or constitutional jurisdiction over certain aspects of the Confirmation Order, they should be prepared to argue to me as though Judge Drain's findings of fact and conclusions of law in those respects were a Report and Recommendation to the district court. Appellees should be prepared to respond accordingly. While I see that there is a little extra time cushion after yesterday's proceedings, I probably won't be able to take advantage of it. I am starting a two week criminal trial on Tuesday, December 7, and I have a full calendar on Monday, December 6. So while it is not impossible that that you will have to wait until shortly before December 20 for a decision, it is highly unlikely. If l can get a decision out before I have to start my criminal trial, I will do so. I certainly intend to try. (Signed by Judge Colleen McMahon on 11/10/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv)BY ECF TO ALL COUNSEL (Entered: 11/10/2021) |
| 11/10/2021 | 141 | MOTION for Jeffrey A. Liesemer to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by** |

| | | |
|---|---|---|
| | | **Clerk's Office staff.** Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Affidavit, # 2 Exhibit VA Supreme Court Certificate of Good Standing, # 3 Exhibit DC Certificate of Good Standing, # 4 Text of Proposed Order).(Phillips, Todd) (Entered: 11/10/2021) |
| 11/11/2021 | 142 | NOTICE OF APPEARANCE by Melanie L. Cyganowski on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants..(Cyganowski, Melanie) (Entered: 11/11/2021) |
| 11/12/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 141 MOTION for Jeffrey A. Liesemer to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 11/12/2021) |
| 11/12/2021 | 143 | NOTICE OF APPEARANCE by David J. Molton on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants..(Molton, David) (Entered: 11/12/2021) |
| 11/12/2021 | 144 | NOTICE OF APPEARANCE by Gerard Thomas Cicero on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants..(Cicero, Gerard) (Entered: 11/12/2021) |
| 11/12/2021 | 145 | NOTICE OF APPEARANCE by Jennifer S. Feeney on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants..(Feeney, Jennifer) (Entered: 11/12/2021) |
| 11/12/2021 | 146 | NOTICE OF APPEARANCE by Sonya L. Lebsack on behalf of The District of Columbia. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Lebsack, Sonya) (Entered: 11/12/2021) |
| 11/15/2021 | 147 | NOTICE OF APPEARANCE by Jennifer A. Christian on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma, L.P...(Christian, Jennifer) (Entered: 11/15/2021) |
| 11/15/2021 | 148 | MOTION for J. Carl Cecere to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-25334276. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The City of Grande Prairie. (Attachments: # 1 Exhibit A- Certificates of Good Standing, # 2 Exhibit B- Affidavit of J. Carl Cecere, Esq. in Support of Motion, # 3 Proposed Order)Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07961-CM. (Cecere, Joseph) Modified on 11/16/2021 (bcu). Modified on 11/16/2021 (bcu). (Entered: 11/15/2021) |
| 11/15/2021 | 149 | MOTION for J. Carl Cecere to Appear Pro Hac Vice *for the Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf of itself and the Lac La Ronge Indian Band.* Filing fee $ 200.00, receipt number NYSDC-25334796. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Peter Ballantyne Cree Nation. (Attachments: # 1 Exhibit A - Certificates of Good Standing, # 2 Exhibit B- Affidavit of J. Carl Cecere, Esq. in Support of Motion, # 3 Proposed Order)Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07962-CM.(Cecere, Joseph) (Entered: 11/15/2021) |
| 11/15/2021 | 150 | NOTICE OF APPEARANCE by Daniel Isaac Wolf on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Wolf, Daniel) (Entered: 11/15/2021) |
| 11/15/2021 | 151 | Appellee's BRIEF. Document filed by Purdue Pharma L.P.. Appellant Reply Brief due by 11/29/2021..(Huebner, Marshall) (Entered: 11/15/2021) |
| 11/15/2021 | 152 | NOTICE OF APPEARANCE by Amanda Wong on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma, L.P...(Wong, Amanda) (Entered: 11/15/2021) |
| 11/15/2021 | 153 | Appellee's BRIEF. Document filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. Appellant Reply Brief due by 11/29/2021. (Attachments: # 1 Compendium of Additional Sources, # 2 Appendix Vol. I, # 3 Appendix Vol. II, # 4 Appendix Vol. III)Filed In Associated Cases: 7:21-cv-07532-CM et al.. (Eckstein, Kenneth) (Entered: 11/15/2021) |
| 11/15/2021 | 154 | Appellee's BRIEF. Document filed by The Raymond Sackler Family. Appellant Reply Brief due by 11/29/2021.. (Lees, Alexander) (Entered: 11/15/2021) |
| 11/15/2021 | 155 | Appellee's BRIEF. Document filed by Multi-State Governmental Entities Group. Appellant Reply Brief due by 11/29/2021. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Phillips, Todd) (Entered: 11/15/2021) |
| 11/15/2021 | 156 | Appellee's BRIEF. Document filed by Mortimer-side Initial Covered Sackler Persons. Appellant Reply Brief due by 11/29/2021..(Monaghan, Maura) (Entered: 11/15/2021) |
| 11/15/2021 | 157 | Appellee's BRIEF. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. Appellant Reply Brief due by 11/29/2021. (Attachments: # 1 Appendix I, # 2 Appendix II, # 3 Appendix III, # 4 Appendix IV, # 5 Appendix V).(Shore, J.) (Entered: 11/15/2021) |
| 11/15/2021 | 158 | Appellee's BRIEF. Document filed by Ad Hoc Committee of NAS Children. Appellant Reply Brief due by 11/29/2021. (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Appendix 3, # 4 Appendix 4, # 5 Appendix 5, # 6 Appendix 6, # 7 Appendix 7).(Israel, Harold) (Entered: 11/15/2021) |
| 11/15/2021 | 159 | NOTICE OF APPEARANCE by Jonathan Mark Wagner on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Wagner, Jonathan) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 11/15/2021) |
| 11/15/2021 | 160 | NOTICE of Publicly Filed Appendix re: 151 Appellee's Brief. Document filed by Purdue Pharma L.P.. (Attachments: # 1 APPENDIX VOLUME 2 OF 23 (A0069-A0222), # 2 APPENDIX VOLUME 3 OF 23 (A0223-A0672), # 3 APPENDIX VOLUME 4 OF 23 (A0673-A0875), # 4 APPENDIX VOLUME 5 OF 23 (A0876-A1019), # 5 APPENDIX VOLUME 6 OF 23 (A1020-A1744), # 6 APPENDIX VOLUME 7 OF 23 (A1745-A2016), # 7 APPENDIX VOLUME 8 OF 23 (A2017-A2099), # 8 APPENDIX VOLUME 9 OF 23 (A2100-A3048), # 9 APPENDIX VOLUME 10 OF 23 (A3049-A3371), # 10 APPENDIX VOLUME 11 OF 23 (A3372-A3774), # 11 APPENDIX VOLUME 12 OF 23 (A3775-A3900), # 12 APPENDIX VOLUME 13 OF 23 (A3901-A4023), # 13 APPENDIX VOLUME 14 OF 23 (A4024-A4088), # 14 APPENDIX VOLUME 15 OF 23 (A4089-A4176), # 15 APPENDIX VOLUME 16 OF 23 (A4177-A4215), # 16 APPENDIX VOLUME 17 OF 23 (A4216-A4314), # 17 APPENDIX VOLUME 18 OF 23 (A4315-A4341), # 18 APPENDIX VOLUME 19 OF 23 (A4342-A4518), # 19 APPENDIX VOLUME 20 OF 23 (A4519-A4726), # 20 APPENDIX VOLUME 21 OF 23 (A4727-A4813), # 21 APPENDIX VOLUME 22 OF 23 (A4184-A4973), # 22 APPENDIX VOLUME 23 OF 23 (A4974-A5066)).(Huebner, Marshall) (Entered: 11/15/2021) |
| 11/15/2021 | 161 | NOTICE of Addenda of Unpublished Authority re: 151 Appellee's Brief. Document filed by Purdue Pharma L.P... (Huebner, Marshall) (Entered: 11/15/2021) |
| 11/15/2021 | 162 | Appellee's BRIEF. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. Appellant Reply Brief due by 11/29/2021. (Attachments: # 1 Appendix Vol. I, # 2 Appendix Vol. II)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Hurley, Mitchell) (Entered: 11/15/2021) |
| 11/15/2021 | 163 | NOTICE of Publicly Filed Appendix re: 154 Appellee's Brief. Document filed by The Raymond Sackler Family. (Attachments: # 1 Appendix Appellee RSF Brief Appendix Volume I_Part2, # 2 Appendix Appellee RSF Brief Appendix Volume I_Part3, # 3 Appendix Appellee RSF Brief Appendix-Volume I_Part4, # 4 Appendix Appellee RSF Brief Appendix Volume I_Part5, # 5 Appendix Appellee RSF Brief Appendix Volume II Part 1, # 6 Appendix Appellee RSF Brief Appendix Volume II Part 2.1, # 7 Appendix Appellee RSF Brief Appendix Volume II Part 2.2, # 8 Appendix Appellee RSF Brief Appendix Volume II Part 2.2_Part1, # 9 Appendix Appellee RSF Brief Appendix Volume II Part 2.2_Part2, # 10 Appendix Appellee RSF Brief Appendix Volume II Part 2.2_Part3, # 11 Appendix Appellee RSF Brief Appendix Volume II Part 3, # 12 Appendix Appellee RSF Brief Appendix Volume II Part 4, # 13 Appendix Appellee RSF Brief Appendix Volume II Part 5, # 14 Appendix Appellee RSF Brief Appendix Volume III_Part1, # 15 Appendix Appellee RSF Brief Appendix Volume III_Part2, # 16 Appendix Appellee RSF Brief Appendix Volume III_Part3, # 17 Appendix Appellee RSF Brief Appendix Volume III_Part4, # 18 Appendix Appellee RSF Brief Appendix Volume III_Part5, # 19 Appendix Appellee RSF Brief Appendix Volume IV_Part1, # 20 Appendix Appellee RSF Brief Appendix Volume IV_Part2, # 21 Appendix Appellee RSF Brief Appendix Volume IV_Part3).(Lees, Alexander) (Entered: 11/15/2021) |
| 11/15/2021 | 164 | NOTICE of Appendix (155) re: (84 in 7:21-cv-08271-CM, 80 in 7:21-cv-08139-CM, 102 in 7:21-cv-07969-CM, 87 in 7:21-cv-07585-CM, 101 in 7:21-cv-07966-CM, 97 in 7:21-cv-07961-CM, 91 in 7:21-cv-08034-CM, 39 in 7:21-cv-08566-CM, 40 in 7:21-cv-08557-CM, 95 in 7:21-cv-07962-CM, 66 in 7:21-cv-08258-CM, 82 in 7:21-cv-08042-CM, 88 in 7:21-cv-08055-CM, 155 in 7:21-cv-07532-CM, 40 in 7:21-cv-08548-CM, 88 in 7:21-cv-08049-CM) Appellee's Brief. Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Exhibit Part 1, # 2 Exhibit Part 2)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Phillips, Todd) (Entered: 11/16/2021) |
| 11/16/2021 | 165 | NOTICE of Publicly Filed Appendix re: 156 Appellee's Brief. Document filed by Mortimer-side Initial Covered Sackler Persons. (Attachments: # 1 01. M-ICSP_0001, # 2 02a. M-ICSP_0160, # 3 02b. M-ICSP_0408, # 4 02c. M-ICSP_0507, # 5 04a. M-ICSP_0805, # 6 04b. M-ICSP_0954, # 7 04c. M-ICSP_1254, # 8 04d. M-ICSP_1554, # 9 05a. M-ICSP_1742, # 10 05b. M-ICSP_1841, # 11 05c. M-ICSP_1941, # 12 05d. M-ICSP_2041, # 13 05e. M-ICSP_2141, # 14 06. M-ICSP_2241, # 15 07a. M-ICSP_2261, # 16 07b. M-ICSP_2330, # 17 07c. M-ICSP_2400, # 18 07d. M-ICSP_2429, # 19 07e. M-ICSP_2460, # 20 07f. M-ICSP_2530, # 21 08. M-ICSP_2620, # 22 09. M-ICSP_2629, # 23 10. M-ICSP_2653, # 24 11. M-ICSP_2841, # 25 12a. M-ICSP_2885, # 26 12b. M-ICSP_2904, # 27 12c. M-ICSP_2924, # 28 12d. M-ICSP_2944, # 29 13. M-ICSP_2949, # 30 14. M-ICSP_3012, # 31 15. M-ICSP_3126, # 32 16. M-ICSP_3154, # 33 17. M-ICSP_3480, # 34 18. M-ICSP_3588, # 35 19. M-ICSP_3614, # 36 20. M-ICSP_3638, # 37 21. M-ICSP_3667, # 38 22. M-ICSP_3817, # 39 23. M-ICSP_3828, # 40 24a. M-ICSP_4029, # 41 24b. M-ICSP_4048, # 42 24c. M-ICSP_4068, # 43 24d. M-ICSP_4088, # 44 24e. M-ICSP_4108, # 45 24f. M-ICSP_4128, # 46 25. M-ICSP_4156, # 47 26. M-ICSP_4184, # 48 27. M-ICSP_4188, # 49 28. M-ICSP_4194, # 50 29. M-ICSP_4204, # 51 30. M-ICSP_4283, # 52 31. M-ICSP_4323, # 53 32. M-ICSP_4328, # 54 33a. M-ICSP_4654, # 55 33b. M-ICSP_4693, # 56 33c. M-ICSP_4733, # 57 33d. M-ICSP_4773, # 58 33e. M-ICSP_4813, # 59 33f. M-ICSP_4853, # 60 33g. M-ICSP_4893, # 61 33h. M-ICSP_4933, # 62 33i. M-ICSP_4973, # 63 34a. M-ICSP_5003, # 64 34b. M-ICSP_5052, # 65 34c. M-ICSP_5102, # 66 34d. M-ICSP_5152, # 67 34e. M-ICSP_5202, # 68 34f. M-ICSP_525, # 69 34g. M-ICSP_5302, # 70 35a. M-ICSP_5334, # 71 35b. M-ICSP_5383, # 72 35c. M-ICSP_5433, # 73 35d. M-ICSP_5483, # 74 35e. M-ICSP_5533, # 75 35f. M-ICSP_5583, # 76 36a. M-ICSP_5609, # 77 36b. M-ICSP_5658, # 78 36c. M-ICSP_5708, # 79 36d. M-ICSP_5758, # 80 36e. M-ICSP_5808, # 81 36f. M-ICSP_5858, # 82 36g. M-ICSP_5908, # 83 36h. M-ICSP_5958, # 84 03a. M-ICSP_0647, # 85 03b. M-ICSP_0666, # 86 03c. M-ICSP_0686, # 87 03d. M-ICSP_0706, # 88 03e. M-ICSP_0726, # 89 03f. M-ICSP_0746, # 90 03g. M-ICSP_0766, # 91 03h. M-ICSP_0786).(Monaghan, Maura) (Entered: 11/16/2021) |
| 11/16/2021 |  | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 149 MOTION for J. Carl |

| | | |
|---|---|---|
| | | **Cecere to Appear Pro Hac Vice** *for the Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf of itself and the Lac La Ronge Indian Band. Filing fee. The document has been reviewed and there are no deficiencies.* (bcu) (Entered: 11/16/2021) |
| 11/16/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 148 MOTION for J. Carl Cecere to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC-25334276. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (bcu) (Entered: 11/16/2021) |
| 11/16/2021 | 166 | NOTICE of Corrected MSGE App'x (164) re: (155 in 7:21-cv-07532-CM) Appellee's Brief. Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix, # 8 Appendix)Filed In Associated Cases: 7:21-cv-07532-CM et al.. (Phillips, Todd) (Entered: 11/16/2021) |
| 11/16/2021 | 167 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MOTION for Lucas H. Self to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Affidavit, # 2 Exhibit Certificate of Good Standing Louisiana, # 3 Text of Proposed Order).(Phillips, Todd) Modified on 11/17/2021 (bcu). (Entered: 11/16/2021) |
| 11/16/2021 | 168 | NOTICE OF APPEARANCE by James Irving McClammy on behalf of Purdue Pharma L.P...(McClammy, James) (Entered: 11/16/2021) |
| 11/16/2021 | 169 | NOTICE OF APPEARANCE by Marc Joseph Tobak on behalf of Purdue Pharma L.P...(Tobak, Marc) (Entered: 11/16/2021) |
| 11/16/2021 | 170 | NOTICE OF APPEARANCE by Gerard Xavier McCarthy on behalf of Purdue Pharma L.P...(McCarthy, Gerard) (Entered: 11/16/2021) |
| 11/17/2021 | 171 | QUESTION FOR COUNSEL: Counsel, rather than continue to look for a needle in the haystack that is your record, I will simply ask you the following: is there, anywhere in this massive record, information comparable to that contained in the Declaration of Richard Collura about the decade PRIOR to January 1, 2008? In particular, I am looking for information that would correlate with Mr. Collura' s paragraph 12 - specifically, (i) the amount of Total Net Cash Distributions Paid to or for the Benefit of the Affiliated Entities and/or Taxing Authorities during any period prior to January 1, 2008, and (ii) the amount of any such Net Cash Distributions that was paid in taxes, as opposed to being distributed to the various Sackler entities. If you could either point me to the right place or confirm that there is no such information in the record, I would be most grateful. The briefs are, as predicted, uniformly excellent and very thought provoking. My list of questions is growing longer, so I look forward to meeting with you on November 30. (Signed by Judge Colleen McMahon on 11/17/2021) BY ECF TO ALL COUNSELFiled In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 11/17/2021) |
| 11/17/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 167 MOTION for Lucas H. Self to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Louisiana. We do not accept certificates from a state bar registrar;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order..** (bcu) (Entered: 11/17/2021) |
| 11/17/2021 | 172 | ORDER FOR ADMISSION PRO HAC VICE granting 149 Motion for J. Carl Cecere to Appear Pro Hac Vice. Its hereby ORDERED that J. Carl Cacere, Esq., is admitted to practice, pro hac vice, in the above-referenced proceeding to represent the Canadian First Nation Creditors in the United States District Court for the Southern District of New York, provided that the filing fee has been paid. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.. (Signed by Judge Colleen McMahon on 11/17/2021) (kv) (Entered: 11/17/2021) |
| 11/17/2021 | 173 | ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE granting (141) Motion for Jeffrey A. Liesemer to Appear Pro Hac Vice in case 7:21-cv-07532-CM. It is hereby ORDERED that Jeffrey A. Liesemer, is admitted to practice, pro hac vice, in the above referenced proceeding to represent the Multi-State Governmental Entities Group in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.. (Signed by Judge Colleen McMahon on 11/17/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 11/17/2021) |
| 11/17/2021 | 174 | CERTIFICATE OF SERVICE of Brief and Appendices of the Raymond Sackler Family (Dkt. 154, 163) served on Ronald S Bass, Andrew Ecke, Maria Ecke, Richard Ecke, Ellen Isaacs, Rhode Island Office of the Attorney General on 11/17/2021. Service was made by Mail. Document filed by The Raymond Sackler Family..(Lees, Alexander) (Entered: 11/17/2021) |
| 11/17/2021 | 175 | AFFIDAVIT OF SERVICE of Brief of the Debtors-Appellees, Debtors-Appellees Appendix - Volume 1 of 23, and Debtors-Appellees Addenda of Unpublished Authority served on Ronald S. Bass, Andrew Ecke, Maria Ecke, Richard Ecke, Ellen Isaacs, and Rhode Island Office of the Attorney General on November 15, 2021. Service was made by Mail. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 11/17/2021) |

| 11/18/2021 | 176 | MOTION for Leave to File Excess Pages *Notice of Motion for Permission to File Oversize Reply Brief*. Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 11/18/2021) |
|---|---|---|
| 11/18/2021 | 177 | RESPONSE re: 171 Order,,,, *Debtors-Appellees' Statement in Response to Question for Counsel*. Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Huebner, Marshall) (Entered: 11/18/2021) |
| 11/18/2021 | 178 | ORDER granting 148 Motion for J. Carl Cecere to Appear Pro Hac Vice. (Signed by Judge Colleen McMahon on 11/18/2021) (ate) (Entered: 11/18/2021) |
| 11/18/2021 | 179 | ORDER FOR ADMISSION PRO HAC VICE: Its hereby ORDERED that J. Carl Cecere, Esq., is admitted to practice, pro hac vice, in the above-referenced proceeding to represent the Canadian First Nation Creditors in the United States District Court for the Southern District of New York, provided that the filing fee has been paid. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 11/18/2021) (kv) (Entered: 11/18/2021) |
| 11/18/2021 | 180 | NOTICE OF APPEARANCE by Clare Kindall on behalf of State Of Connecticut..(Kindall, Clare) (Entered: 11/18/2021) |
| 11/18/2021 | 181 | MEMO ENDORSEMENT granting (176) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07532-CM; granting (94) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07585-CM; granting (104) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07961-CM; granting (102) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07962-CM; granting (108) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07966-CM; granting (109) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07969-CM; granting (98) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08034-CM; granting (89) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08042-CM; granting (96) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08049-CM; granting (95) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08055-CM; granting (87) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08139-CM; granting (73) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08258-CM; granting (91) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08271-CM; granting (45) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08548-CM; granting (45) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08557-CM; granting (44) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08566-CM. ENDORSEMENT: OK. SO ORDERED. (Signed by Judge Colleen McMahon on 11/18/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) Modified on 11/24/2021 (kv). (Entered: 11/18/2021) |
| 11/18/2021 | 182 | CERTIFICATE OF SERVICE of Appellee's Brief 155 ; Notice of Publicly Filed Appendix 166 served on Ronald S Bass, Andrew Ecke, Maria Ecke, Richard Ecke, Ellen Isaacs, Rhode Island Office of the Attorney General on 11/18/2021. Service was made by Mail. Document filed by Multi-State Governmental Entities Group..(Phillips, Todd) (Entered: 11/18/2021) |
| 11/18/2021 | 183 | MOTION for Leave to File Excess Pages - *Motion for Leave to File Reply Brief Not to Exceed 25 Pages*. Document filed by U.S. Trustee William K. Harrington.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Velez-Rivera, Andrew) (Entered: 11/18/2021) |
| 11/18/2021 | 184 | CERTIFICATE OF SERVICE of Brief for the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants and supporting documents served on Ronald S. Bass, Rhode Island Office of the Attorney General, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on November 18, 2021. Document filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Blabey, David) (Entered: 11/18/2021) |
| 11/18/2021 | 185 | "MOTION FOR DISABILITY ACCOMMODATIONS, TRANSPORTATION, LODGING, MEALS & MISC. & DUE PROCESS" - Pro Se litigant requests to be present at the Appeal Oral Arguments in this matter on 11/30/21. Document filed by Ellen Isaacs.(sc) (Entered: 11/19/2021) |
| 11/19/2021 | 186 | CERTIFICATE OF SERVICE of Appellee's Brief and Notice of Publicly Filed Appendix re: 156 Appellee's Brief served on Ronald S. Bass; Andrew Ecke; Maria Ecke; Richard Ecke; Ellen Rhode Island Office of the Attorney General; on November 19, 2021. Service was made by Mail. Document filed by Mortimer-side Initial Covered Sackler Persons..(Ball, Jasmine) (Entered: 11/19/2021) |
| 11/19/2021 | 187 | "MEMORANDUM"(In 2019, I filed a 'Tagalong Claim' in the U.S. District Court for New Jersey, Civil Action #2:19-cv-19709 and claims through the U.S. Bankruptcy Court for the Southern District of New York, Case #19-B-23649(RDD))- This Memorandum is in support of the United States Judicial Panel on Multidistrict Litigation's decision[In re: National Prescription Opiate Litigation] to employ alternatives to transfer to minimize whatever, if any, possibilities may arise of duplicative discovery and/or inconsistent pretrial ruling etc. Document filed by Ronald Bass. (sc) (Entered: 11/22/2021) |
| 11/22/2021 | 188 | MEMO ENDORSEMENT granting (183) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07532-CM; granting (96) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07585-CM; granting (106) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07961-CM; granting (104) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07962-CM; granting (110) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07966-CM; granting (111) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07969-CM; granting |

|  |  |  |
|---|---|---|
|  |  | (100) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08034-CM; granting (91) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08042-CM; granting (98) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08049-CM; granting (97) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08055-CM; granting (89) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08139-CM; granting (75) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08258-CM; granting (93) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08271-CM; granting (47) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08548-CM; granting (47) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08557-CM; granting (47) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08566-CM. ENDORSEMENT: OK. SO ORDERED.. (Signed by Judge Colleen McMahon on 11/22/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 11/22/2021) |
| 11/22/2021 | 189 | LETTER addressed to Judge Colleen McMahon from Ellen Isaacs, dated 11/22/21 re: In light of the fact that USAG Merrick Garland put out this statement on 10/29/21(https://wwwjustice.gov/opa/pr/attorney-general-merrick-b-garland-restores-office-access-justice), please advise how I can get equal justice in the Purdue Pharma et al Bankruptcy Case etc. I have been trying to obtain Pro Bono counsel for months. The representative at NYLAG is not communicating in a timely fashion. I have emails to/from them. The last asked me to be patient and she would get back to me to explain further. No one from NYLAG has gotten back to me. I am also still waiting on a response from this Court for an outstanding motion which was initiated by the lack of response to a letter which I sent to this Court with no reply etc. The lack of service by the Debtors/Appellees in this matter were addressed at every hearing, and the outcome is the stil the same. Document filed by Ellen Isaacs.(sc) (Entered: 11/22/2021) |
| 11/22/2021 | 190 | Appellant's REPLY BRIEF. Document filed by The District of Columbia. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Lebsack, Sonya) (Entered: 11/22/2021) |
| 11/22/2021 | 191 | Appellant's REPLY BRIEF. Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Appendix Supplemental Appendix)Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07966-CM, 7:21-cv-07969-CM. (Sakata, Sumi) (Entered: 11/22/2021) |
| 11/22/2021 | 192 | Appellant's REPLY BRIEF. Document filed by People of The State of California, State of California..(Eskandari, Bernard) (Entered: 11/22/2021) |
| 11/22/2021 | 193 | BRIEF re: (94 in 7:21-cv-07532-CM) Brief, *Reply Statement of Interest of the United States of America Regarding the Shareholder Release*. Document filed by United States of America.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Levine, Danielle) (Entered: 11/22/2021) |
| 11/22/2021 | 194 | Appellant's REPLY BRIEF. Document filed by State of Vermont, State of Connecticut, State of Rhode Island, The State of Delaware, The State of Washington. (Attachments: # 1 Reply Compendium of Unpublished Authorities)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 11/22/2021) |
| 11/22/2021 | 195 | Appellant's REPLY BRIEF. Document filed by The Peter Ballantyne Cree Nation, The City of Grande Prairie. (Attachments: # 1 Appendix)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Underwood, Allen) (Entered: 11/22/2021) |
| 11/22/2021 | 196 | MOTION for Extension of Time to File Response/Reply *of 7 hours (to midnight) and to permit a 25-page reply*. Document filed by State of Maryland.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Edmunds, Brian) (Entered: 11/22/2021) |
| 11/22/2021 | 197 | LOGISTICS FOR ORAL ARGUMENT: The pmpose of this order is to provide logistics for oral arguments are scheduled for 9:00 AM on November 30, 2021, in courtroom 24A of the Daniel Patrick Moynihan Court House at 500 Pearl Street, New York, New York. Only those with a speaking role should appear in person for oral argument. Non-speaking counsel and members of the public are invited attend the hearing in an overflow courtroom (with limited capacity) at Room 23A. Seating is first come, first serve. Ce1tain pro se appellants have requested to appear remotely. The pro se patties who wish to appear remotely will be sent a private dial-in by email, to the email the Court has on record. Pro se parties who wish to appear in person in Courtroom 24A are still permitted to appear in person should they choose (they are not obligated to appear remotely but may, as requested). A reminder that the Court has previously set forth the following schedule and expects the parties to be prepared to argue the case within these limits (see Dkt. No. 140): Oral argument will begin at 9:00 AM. Appellants have from 9:00-11:15 to present argument. Pro se appellants have from 11:15-11:30. We will break for lunch from 11:30-12:30. Appellees have from 12:30-2:45 to present their argument. The Court has from 3:00-4:00 for its own purposes (i.e., hearing rebuttal or asking questions). Oral argument ends at 4:00 PM. (Signed by Judge Colleen McMahon on 11/22/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (Entered: 11/22/2021) |
| 11/22/2021 | 198 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Laura L. Femino to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25370762. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Text of Proposed Order). (Femino, Laura) Modified on 11/23/2021 (bcu). (Entered: 11/22/2021) |
| 11/22/2021 | 199 | CERTIFICATE OF SERVICE of Brief of Appellee, Appendix of Appellee Volume I, Appendix of Appellee Volume II served on Ellen Isaacs, Ronald S. Bass, Maria Ecke, Andrew Ecke, Richard Ecke, and Rhode Island Office of the Attorney General on November 22, 2021. Document filed by The Official Committee of Unsecured Creditors of |

| | | Purdue Pharma L.P., et al.. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Hurley, Mitchell) (Entered: 11/22/2021) |
|---|---|---|
| 11/22/2021 | 200 | Appellant's REPLY BRIEF. Document filed by State of Maryland. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Edmunds, Brian) (Entered: 11/22/2021) |
| 11/23/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 198 MOTION for Laura L. Femino to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25370762. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Please only include one case number and caption. Attoprney Affidavit not notarized.;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (bcu)** (Entered: 11/23/2021) |
| 11/23/2021 | 201 | CERTIFICATE OF SERVICE of Reply Statement of Interest of the United States of America (Lead Case, ECF No. 193) served on Ronald Bass, Maria Ecke, Andrew Ecke, Richard Ecke, and Ellen Isaacs on November 23, 2021. Service was made by Mail. Document filed by United States of America. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Levine, Danielle) (Entered: 11/23/2021) |
| 11/23/2021 | 202 | CERTIFICATE OF SERVICE of Reply Brief and Supplemental Appendix. Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Exhibit, # 2 Exhibit).(Velez-Rivera, Andrew) (Entered: 11/23/2021) |
| 11/24/2021 | 203 | CERTIFICATE OF SERVICE of Reply Brief of the Canadian Appellants. Document filed by The City of Grande Prairie, The Peter Ballantyne Cree Nation. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Underwood, Allen) (Entered: 11/24/2021) |
| 11/24/2021 | 204 | MOTION to Approve APPLICATION TO BRING PERSONAL ELECTRONIC DEVICES(S) OR GENERAL PURPOSE COMPUTING DEVICES(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL *on December 1, 2021*. Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Velez-Rivera, Andrew) (Entered: 11/24/2021) |
| 11/24/2021 | 205 | MOTION to Approve APPLICATION TO BRING PERSONAL ELECTRONIC DEVICES(S) OR GENERAL PURPOSE COMPUTING DEVICES(S) INTO THE COURTHOUSES OF THE SOUTHERN DISTRICT OF NEW YORK FOR USE IN A PROCEEDING OR TRIAL *for hearing of November 30, 2021*. Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Velez-Rivera, Andrew) (Entered: 11/24/2021) |
| 11/24/2021 | 206 | NOTICE of to Bring in Personal Electronic Device(s) and/ or the General Purpose Computing Device(s) into the Courthouse. Document filed by Purdue Pharma L.P...(Huebner, Marshall) (Entered: 11/24/2021) |
| 11/24/2021 | 207 | NOTICE of to Bring in Personal Electronic Device(s) and/ or the General Purpose Computing Device(s) into the Courthouse. Document filed by People of The State of California, State of California..(Eskandari, Bernard) (Entered: 11/24/2021) |
| 11/24/2021 | 208 | AFFIDAVIT OF SERVICE of Appearances of Counsel served on Ronald S. Bass, Rhode Island Office of the Attorney General, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on 11/17/2021. Service was made by MAIL. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 11/24/2021) |
| 11/24/2021 | 209 | AFFIDAVIT OF SERVICE of Debtors-Appellees Statement in Response to Question for Counsel served on Ronald S. Bass, Rhode Island Office of the Attorney General, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on 11/18/2021. Service was made by Mail. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 11/24/2021) |
| 11/25/2021 | 216 | MOTION FOR SANCTIONS AGAINST DAVIS POLK. Document filed by Ellen Isaacs.(sc) (Entered: 11/29/2021) |
| 11/25/2021 | 217 | LETTER addressed to Judge Colleen McMahon from E. Isaacs dated 11/24/21 re: Please be advised that NYLAG finally called me back today and sent me a copy of your Statement dated 11/22/21 etc. This is a notice that your statement on record is incorrect. In this statement, you erroneously depicted that the Pro Se Appellants reaquested to appear by telephone for oral arguments. I did not request to appear by phone. In fact, I have sent in a letter and motion to the contrary. I have requested ADA services which you have never addressed. This is a violation of Title II of The American Disability Act. Document filed by Ellen Isaacs.(sc) (Entered: 11/29/2021) |
| 11/26/2021 | 210 | NOTICE of to Bring in Personal Electronic Device(s) and/or General Purpose Computing Device(s) into the Courthouse. Document filed by Ad Hoc Committee of NAS Children..(Bickford, Scott) (Entered: 11/26/2021) |
| 11/26/2021 | 211 | QUESTIONS FOR ORAL ARGUMENT: McMahon, J.:The purpose of this order is to provide counsel with questions I would like answered at oral argument. I have read and digested all the excellent briefs and I do not need to rehash everything that has been said in those papers. What I do need is answers to the following questions:1.Is there a difference among the Sacklers and their various entities in terms of standard of review of the validity of the releases? Specifically, the director Sacklers, or the involved Sacklers, versus the uninvolved Sacklers?2.If I conclude that Judge Drain should have made certain findings but did not do so, am I free to review the record and |

make those findings or do I have to send it back to him?3.For reasons best known to Judge Drain, he did not inquire about the law relating to contingent claims that might be asserted by the Sacklers in connection with the various suits brought by the Attorneys General of the objecting states. I am requiring each objecting state and the district of Columbia, and Seattle if this is relevant, to present me with a supplemental written brief a very brief written brief that answers the following questions:(a)Under the law applicable to the claims brought by your attorney general against the Sacklers, is there a bar on indemnifying an individual tortfeasor for conduct that is found to violate that law? I believe the relevant law is Delawares law, but people have cited New York law and other laws and I want a clear analysis of the law that is applicable to each of the Appellants claims. Is there any provision legal or contractual under the LPAs that would prohibit the advancement of defense costs in such a case? Can they be recouped if the individual is found liable in the lawsuit? (b)Under the law of YOUR STATE, is there clear law indicating either that there is a right to contribution from a joint tortfeasor, or that there is no right to contribution from a joint tortfeasor, in connection with a violation of the statute under which your attorney general has sued the Sackler officers/directors/managers? Please answer the question and cite me to the relevant statutes and/or cases and/or treatises. (c)Under the law of YOUR STATE, is there a limitation on insurance coverage in connection with suits brought by the attorney general to enforce laws of the sort that the Sacklers are being sued on here? California plainly has such a limitation, which also eliminates the duty to defend. Does YOUR state have anything similar? If so, where can that limitation be found. And if there is no such limitation, what is the law in YOUR state concerning recoupment of insurance coverage (including but not limited to defense costs) if an individual is found to have violated the law?You can bring the briefs to the oral argument. But I want them no later than Tuesday. I want to discuss this issue. For each objecting state. New York, by the way, is not an objecting state, so I do not want to discuss New York law. I will happily discuss Delaware and Connecticut law if the law in your state points to the law of the state(s) where the corporation is a citizen, or if (as in the LPAs) it is the governing law for purposes of indemnification.4.OK, I am back to my original question: aside from the statutory unfair trade practices lawsuits brought by the states against the Sacklers, what claims have actually been asserted against the Sacklers that are covered by the Section 10.7 release as finally modified by Judge Drain? Who has asserted them? Aside from the objecting pro se litigants, do we know under what states laws particular individuals have asserted these claims? Are they common law or statutory claims?5.Assuming Judge Drain had authority to release third party non-debtor claims, does that authority extend to third party claims that Judge Drain could not release, except with the consent of the parties, as against Purdue pursuant to the Code claims for fraud or willful misconduct? In other words, does the fact that a claim would have a conceivable effect on an estate extend to claims that a bankruptcy court could not release if that claim were asserted against the bankrupt itself?6.The any conceivable effects test says that if the OUTCOME of a case will have any conceivable effect on the res of the estate, the bankruptcy court has subject matter jurisdiction over the claim. That would seem to cover a so-called contingent claim a claim for advancement of litigation expenses if there is a reasonable legal basis for asserting such a claim. But how does the contingent claim (for indemnity, contribution, insurance) that is asserted in connection with a case whose OUTCOME would not have any conceivable effect on the estate bring the underlying claim within the bankruptcy courts jurisdiction. If the objecting states are correct, then the OUTCOME of the claims they are asserting against the Sacklers will not have any impact on the estate, because of they win the Sacklers will have to pay the fines out of their own pockets. But the argument appears to be that because the Sacklers will assert a right to indemnification, or will demand that their litigation costs be fronted, the states claims will have an impact on the res of the estate. That logic escapes me.7.Debtors set out a four-part test for what claims are subject to release. See brief at p. 24. As I see it, factor 3 means that claims for which no indemnity or insurance coverage is available (as a matter of state law) and for which a controlling individuals liability is non-derivative (independent of his liability by virtue of his role as a director or manager, or of the corporations liability) are NOT RELEASED. If that is correct, then what are we doing here? Because is that not a concession that the claims being asserted by the objecting states are not in fact being released? 8.In their briefs the Sacklers say that the claims against the non-director/manager Sacklers that are covered by the release are limited to claims in their status as transferees I assume, as recipients of funds that were taken out of the corporation over the decade prior to the withdrawal of Sacker family members from company management and the initiation of discussions about a possible bankruptcy (2007-18). In other words, as defendants on possible fraudulent conveyance claims. Exactly what language in the release makes that clear? 9.Am I correct that the release as it was ultimately approved by Judge Drain does not cover a claim against Susie Sackler (a person I invented to stand for all the Sacklers) if she gave her roommate who had a backache a bottle of Oxycontin from her private store and the roommate became addicted as a result? 10.How can you insist that the independent claims that exist against certain of the Sacklers under state law, as a matter of state law, are being channeled to a trust for resolution and distribution, when as a matter of fact no distributions will be made on account of the independent claims against the non-debtor? I mean, if a claim is going to be extinguished for exactly nothing, can you really call that channeling? 11.What is the truth about D&O insurance 2005-15? Was there any? If Judge Drain made a factual finding that insurance could be impacted, it has to rest on evidence that there existed insurance policies covering the relevant period. If he just said insurance could be impacted in a situation where there was no evidence that any insurance existed, that would be clear error. So where is the evidence? (I am not particularly interested in the period prior to 2007, because of the releases). 12.Can you explain to me what NewCo is going to do? I thought Purdue Pharma was being reorganized as a public benefit corporation that would administer abatement programs. Now I see that it is going to manufacture drugs. Would someone please explain this to me? Who will be employed by NewCo? In what capacities? Are people going to be laid off?13.Does the restitution required in the criminal case under the Victims Rights Act come out of the bankruptcy pot? Can someone explain to me how the pot of money is going to be divided up and what the bottom-line total pot in the confirmed plan is going to be?14.I understand that if I end up affirming Judge Drain, I will have to address all of the many objections to his order that have been interposed. But supposed I conclude that

| | | |
|---|---|---|
| | | he was wrong about something. Suppose I conclude that he lacked statutory authority to impose the releases (I emphasize I have made no such decision; I am posing a hypothetical). How many of the issues that you have raised do I need to reach in that event? Can I stop there? I understand my obligations if I find there is a Stern v. Marshall problem, but suppose I jump straight to Metromedia and conclude that his analysis of that case is wrong will I have erred if I didnt reach other issues first? I want to make it clear that I have not decided anything yet, but I am trying to figure out, for example, whether I have to rule on the Canadian claims or the notice issues if for some other reason I conclude that Judge Drain should not have confirmed a plan with those releases in it?BY ECF TO ALL PARTIES (Signed by Judge Colleen McMahon on 11/26/2021). Filed In Associated Cases: 7:21-cv-07532-CM et al. (mde) (mde). (Entered: 11/26/2021) |
| 11/26/2021 | 212 | NOTICE of and Proposed Order to Bring Devices to Oral Argument on Nov. 30, 2021. Document filed by State of Maryland..(Edmunds, Brian) (Entered: 11/26/2021) |
| 11/26/2021 | 213 | NOTICE of and Proposed Order to Bring in Personal Electronic Device(s) and/or General Purpose Computing Device(s) into the Courthouse. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al...(Hurley, Mitchell) (Entered: 11/26/2021) |
| 11/29/2021 | 214 | MOTION to Approve Application to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) into the Courthouse of the Southern District of New York for Use in a Proceeding or Trial for hearing of November 30, 2021 . Document filed by The Peter Ballantyne Cree Nation, The City of Grande Prairie. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Underwood, Allen) (Entered: 11/29/2021) |
| 11/29/2021 | 215 | NOTICE of Request to Bring in Personal Electronic Devices and/or the General Purpose Computing Devices.. Document filed by State Of Connecticut..(Goldman, Irve) (Entered: 11/29/2021) |
| 11/29/2021 | 218 | NOTICE of to Bring in Personal Electronic Device(s) and/ or the General Purpose Computing Device(s) into the Courthouse. Document filed by The Raymond Sackler Family..(Uzzi, Gerard) (Entered: 11/29/2021) |
| 11/29/2021 | 219 | NOTICE of Application to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) into the Courthouses of the Southern District of New York for Use in a Proceeding or Trial. Document filed by Mortimer-side Initial Covered Sackler Persons..(Monaghan, Maura) (Entered: 11/29/2021) |
| 11/29/2021 | 220 | LETTER MOTION for Oral Argument *(Request for Dial-In)* addressed to Judge Colleen McMahon from Robert M. Tuchman dated November 29, 2021. Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al.. (Gold, Matthew) (Entered: 11/29/2021) |
| 11/29/2021 | 221 | NOTICE of Application to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) into the Courthouses of the Southern District of New York for Use in a Proceeding or Trial. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P...(Shore, J.) (Entered: 11/29/2021) |
| 11/29/2021 | 222 | NOTICE of Application to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) into the Courthouses of the Southern District of New York for Use in a Proceeding or Trial. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P...(Christian, Jennifer) (Entered: 11/29/2021) |
| 11/29/2021 | 223 | NOTICE of of Application to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) into the Courthouses of the Southern District of New York for Use in a Proceeding or Trial. Document filed by The State of Delaware. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 11/29/2021) |
| 11/29/2021 | 224 | Appellant's REPLY BRIEF. Document filed by The Peter Ballantyne Cree Nation, The City of Grande Prairie. (Attachments: # 1 Reply Compendium of Unpublished Authorities)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Underwood, Allen) (Entered: 11/29/2021) |
| 11/29/2021 | 225 | NOTICE of to Bring in Personal Electronic Device(s) and/ or the General Purpose Computing Device(s) into the Courthouse. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 11/29/2021) |
| 11/29/2021 | 226 | NOTICE of to Bring Personal Electronic Devices and/or the General Purpose Computing Devices into the Courthouse.. Document filed by Multi-State Governmental Entities Group..(Phillips, Todd) (Entered: 11/29/2021) |
| 11/29/2021 | 227 | NOTICE. There will be a "LISTEN ONLY" number at which people who are not at the courthouse can listen to tomorrow's oral argument: 888-363-4749, access code 9054506. This number can be used by attorneys who are not coming to the court house, as well as member of the press (although we are saving a few seats in my courtroom and in our overflow space for press) and public. This line will be muted; it may not be used for any party to appear remotely. Participants dialing in are reminded that video or audio recording of court proceedings is prohibited by law. The pro se appellants who will be appearing remotely should dial in to the private number that was sent to them separately by email. Do not dial into the listen only number in the first paragraph of this notice, or you will not be able to present your argument to the court. We have also obtained a second overflow courtroom for non-speaking lawyers and members of the public. The overflow rooms are 23A and 15A. As you might imagine, demand for overflow space in connection with the Maxwell trial has made it impossible to obtain any more space, despite our best efforts. I am grateful to the District Executive and his staff for their efforts to make as much space available to us as possible. (Signed by Judge Colleen McMahon on 11/29/21) Filed In Associated Cases: 7:21-cv-07532-CM et al. (yv) (Entered: 11/29/2021) |

| | | |
|---|---|---|
| 11/29/2021 | 228 | SUPPLEMENTAL BRIEF re: (211 in 7:21-cv-07532-CM) Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by The District of Columbia.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Lebsack, Sonya) (Entered: 11/29/2021) |
| 11/29/2021 | 229 | SUPPLEMENTAL BRIEF re: 211 Order,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by State of California..(Eskandari, Bernard) (Entered: 11/29/2021) |
| 11/29/2021 | 230 | SUPPLEMENTAL BRIEF . Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 11/29/2021) |
| 11/30/2021 | 231 | Appellant's BRIEF. Document filed by State of Maryland. Appellee Brief due by 12/30/2021. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Edmunds, Brian) (Entered: 11/30/2021) |
| 11/30/2021 | 232 | RESPONSE to Motion re: 216 MOTION for Sanctions. *Response of the Debtors to Ellen Issacs' Motion for Sanctions Against Davis Polk*. Document filed by Purdue Pharma L.P...(McClammy, James) (Entered: 11/30/2021) |
| 11/30/2021 | 233 | AFFIDAVIT OF SERVICE of Application to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) into the Courthouses of the Southern District of New York for use in a Proceeding or Trial served on Ronald S. Bass, Rhode Island Office of the Attorney General, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on November 24, 2021. Service was made by Mail. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 11/30/2021) |
| 11/30/2021 | | Minute Entry for proceedings held before Judge Colleen McMahon: Oral Argument held on 11/30/2021 re: (1 in 7:21-cv-07532-CM) Bankruptcy Appeal filed by The State of Washington. Oral argument held with parties counsel appearing in person, except for one pro se Appellant, who appeared remotely via phone. The oral argument transcript will be available on ECF. Submitted by: Amanda Barkin. (Court Reporter Alena Lynch and Rose Prater). Associated Cases: 7:21-cv-07532-CM et al.(mde) (Entered: 12/01/2021) |
| 12/01/2021 | 234 | SCHEDULE FOR FURTHER BRIEFING: At the close of argument yesterday I invited the parties to weigh in in writing on a question I raised at the end of the day. Because it had been a long day, and because we had discussed so much, the question was inelegantly phrased. The issue is this: In Metromedia, the Second Circuit cautioned against the approval of a release of third-party claims against a non-debtor because the granting of such releases is subject to abuse. And in Manville III, the Circuit indicated that the possibility of abuse was heightened in situations where the non-debtors condition their financial contribution to the debtor's estate on such releases. In re Johns-Manville Corp., 517 F.3d 52, 66 (2d Cir. 2008). From 1995-2007, Purdue only "upstreamed" enough money to the Sacklers to allow them to pay taxes and retain a relatively modest dividend for themselves. According to information provided by the Debtor, the Sacklers used 90% of Purdue's upstreamed earnings were used to pay. taxes; just 10% of those distributions were retained by the family. Purdue kept the rest of its earnings in treasury. From 2008-2018, this changed. During that period only 44% of the money that Purdue upstreamed to the Sacklers was needed to pay taxes on Purdue's earnings. 56% of those distributions were retained by the family. This change - regardless of what occasioned it -- resulted in Purdue's having far less in its treasury when it declared bankruptcy than would have been the case had the family adhered to the prior distribution pattern. I am struggling with whether this is something that a court can/should take into account in deciding whether the releases on which the Sacklers conditioned their financial contribution to the Debtors' estate are "abusive" in the Metromedia/Manville III sense - especially in light of evidence in the record that the Sacklers were concerned about litigation risk during those later years and were being advised to adopt an "aggressive" plan of cash distribution during that period. I can't find any guidance in prior cases because, as far as I can tell, nothing remotely similar happened in any prior case. And as I told you yesterday, I don't think this has anything to do with whether the distributions to the Sacklers qualify as fraudulent conveyances. I would very much appreciate your weighing in on this issue, both on its merits and on what it might mean in terms of the need for a remand to Judge Drain. As to the latter question, would your answer be different if there were a Stern v. Marshall problem (which is different from whether there is a subject matter jurisdiction problem - I think the Debtor has pretty much resolved that issue to my satisfaction)? Finally, while I doubt that there is much of anything that anyone has to say on the statutory authorization issue that has not already been said, if, after yesterday's argument, you have thought of some new argument, feel free to bring it to my attention. I don't need (or want) additional briefing on any other issue. I would appreciate having your thoughts by next Monday morning at 9 AM at the latest. I would like to promise you an opinion next week, but I simply cannot, although I will try. Please bring me up to date on the various deadlines that are presently in force. (Signed by Judge Colleen McMahon on 12/1/2021) BY ECF TO ALL PARTIESFiled In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 12/01/2021) |
| 12/01/2021 | 235 | RESPONSE re: 234 Order,,,,,,,,,,,, *Debtors-Appellees' Statement in Response to Request for Update on Deadlines and Certain Financial Information*. Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Huebner, Marshall) (Entered: 12/01/2021) |
| 12/02/2021 | 236 | AFFIDAVIT OF SERVICE of Response of the Debtors to Ellen Isaacs Motion for Sanctions Against Davis Polk served on Ronald S. Bass, Rhode Island Office of the Attorney General, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on November 30, 2021. Service was made by MAIL. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 12/02/2021) |
| 12/03/2021 | 237 | ORDER DENYING MOTION FOR SANCTIONS denying (216) Motion for Sanctions in case 7:21-cv-07532-CM. |

| | | |
|---|---|---|
| | | Pro se appellant Ellen Isaacs, on Behalf of Patrick Ryan Wroblewski, filed a motion for sanctions against Davis Polk, dated November 25, 2021, seeking $17 billion in sanctions. (Dkt. No. 216). Davis Polk filed a response to this motion on November 30, 2021. (Dkt. No. 232). For the reasons set forth in the Debtors' response (id.), the Court agrees that the motion is meritless and should be DENIED. The Clerk is directed to close the motion at Docket Number 216.. (Signed by Judge Colleen McMahon on 12/3/2021) BY ECF TO ALL PARTIES Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 12/03/2021) |
| 12/05/2021 | 238 | MEMORANDUM OF LAW in Support re: 234 Order,,,,,,,,,,,,, */SUPPLEMENTAL BRIEF OF APPELLEES MORTIMER-SIDE INITIAL COVERED SACKLER PERSONS*. Document filed by Mortimer Sackler Family/Side A of the Sackler Family..(Monaghan, Maura) (Entered: 12/05/2021) |
| 12/05/2021 | 239 | NOTICE OF /SUPPLEMENTAL APPENDIX OF APPELLEES MORTIMER-SIDE INITIAL COVERED SACKLER PERSONS re: 238 Memorandum of Law in Support, 234 Order,,,,,,,,,,,,,. Document filed by Mortimer Sackler Family/Side A of the Sackler Family. (Attachments: # 1 Appendix 1. HHS OIG Fifth Annual Report Purdue Pharma, LP, # 2 Appendix 2. Compliance Quarterly Report to Board of Directors, Feb. 8, 2008, # 3 Appendix 3. Minutes of a Meeting of the Board of Directors, June 24, 2011, # 4 Appendix 4. Anthony Roncalli Notes re Board Votes, # 5 Appendix 5. Cecil Pickett Dep. Tr. Excerpt, Oct. 30, 2020).(Monaghan, Maura) (Entered: 12/05/2021) |
| 12/05/2021 | 240 | NOTICE of Addenda of Unpublished Authority re: 238 Memorandum of Law in Support, 234 Order,,,,,,,,,,,, 239 Notice (Other),,. Document filed by Mortimer-side Initial Covered Sackler Persons..(Monaghan, Maura) (Entered: 12/05/2021) |
| 12/06/2021 | 241 | MEMORANDUM OF LAW in Support re: 234 Order,,,,,,,,,,,,, *Supplemental Brief of Appellee the Raymond Sackler Family*. Document filed by The Raymond Sackler Family..(Joseph, Gregory) (Entered: 12/06/2021) |
| 12/06/2021 | 242 | MOTION to Seal *Notice of Motion and Motion to Seal*. Document filed by U.S. Trustee William K. Harrington.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Velez-Rivera, Andrew) (Entered: 12/06/2021) |
| 12/06/2021 | 243 | SUPPLEMENTAL BRIEF . Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 12/06/2021) |
| 12/06/2021 | 244 | MEMORANDUM OF LAW in Support re: (74 in 7:21-cv-08566-CM) MOTION to Seal *Notice of Motion and Motion to Seal*. . Document filed by U.S. Trustee William K. Harrington. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Velez-Rivera, Andrew) (Entered: 12/06/2021) |
| 12/06/2021 | 245 | BRIEF re: (104 in 7:21-cv-08258-CM, 71 in 7:21-cv-08548-CM, 137 in 7:21-cv-07966-CM, 132 in 7:21-cv-07961-CM, 122 in 7:21-cv-07585-CM, 74 in 7:21-cv-08566-CM, 138 in 7:21-cv-07969-CM, 117 in 7:21-cv-08042-CM, 130 in 7:21-cv-07962-CM, 125 in 7:21-cv-08049-CM, 115 in 7:21-cv-08139-CM, 242 in 7:21-cv-07532-CM, 121 in 7:21-cv-08271-CM, 125 in 7:21-cv-08055-CM, 71 in 7:21-cv-08557-CM, 126 in 7:21-cv-08034-CM) MOTION to Seal *Notice of Motion and Motion to Seal*., (128 in 7:21-cv-08034-CM, 73 in 7:21-cv-08557-CM, 123 in 7:21-cv-08271-CM, 132 in 7:21-cv-07962-CM, 73 in 7:21-cv-08548-CM, 117 in 7:21-cv-08139-CM, 127 in 7:21-cv-08055-CM, 244 in 7:21-cv-07532-CM, 134 in 7:21-cv-07961-CM, 76 in 7:21-cv-08566-CM, 140 in 7:21-cv-07969-CM, 124 in 7:21-cv-07585-CM, 119 in 7:21-cv-08042-CM, 139 in 7:21-cv-07966-CM, 106 in 7:21-cv-08258-CM, 127 in 7:21-cv-08049-CM) Memorandum of Law in Support of Motion, *Redacted Supplemental Brief of Appellant, William K. Harrington, United States Trustee*. Document filed by U.S. Trustee William K. Harrington.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Velez-Rivera, Andrew) (Entered: 12/06/2021) |
| 12/06/2021 | 246 | ***EX-PARTE*** BRIEF re: (242 in 7:21-cv-07532-CM) MOTION to Seal *Notice of Motion and Motion to Seal*. *Sealed Supplemental Brief of Appellant, William K. Harrington, United States Trustee*. Document filed by U.S. Trustee William K. Harrington.Filed In Associated Cases: 7:21-cv-07532-CM et al.Motion or Order to File Under Seal: 242 .(Velez-Rivera, Andrew) (Entered: 12/06/2021) |
| 12/06/2021 | 247 | SUPPLEMENTAL BRIEF . Document filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. (Attachments: # 1 Supplemental Compendium of Additional Sources)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Eckstein, Kenneth) (Entered: 12/06/2021) |
| 12/06/2021 | 248 | SUPPLEMENTAL BRIEF . Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al..Filed In Associated Cases: 7:21-cv-07532-CM et al..(Hurley, Mitchell) (Entered: 12/06/2021) |
| 12/06/2021 | 249 | SUPPLEMENTAL BRIEF re: 151 Appellee's Brief, 234 Order,,,,,,,,,,,,, . Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A).(Huebner, Marshall) (Entered: 12/06/2021) |
| 12/06/2021 | 250 | SUPPLEMENTAL BRIEF *of the Ad Hoc Group of Individual Victims*. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Appendix Volume - 1, # 2 Appendix Volume - 2, # 3 Appendix Volume - 3, # 4 Appendix Volume - 4, # 5 Appendix Volume - 5).(Shore, J.) (Entered: 12/06/2021) |
| 12/06/2021 | 251 | Appellant's BRIEF. Document filed by State of Maryland. Appellee Brief due by 1/5/2022. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Edmunds, Brian) (Entered: 12/06/2021) |
| 12/06/2021 | 252 | SUPPLEMENTAL BRIEF *of the Canadian Appellants*. Document filed by The Peter Ballantyne Cree Nation, The City of Grande Prairie.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Underwood, Allen) (Entered: |

| | | 12/06/2021) |
|---|---|---|
| 12/06/2021 | [253](#) | SUPPLEMENTAL BRIEF *of Appellee the Multi-State Governmental Entities Group*. Document filed by Multi-State Governmental Entities Group.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Phillips, Todd) (Entered: 12/06/2021) |
| 12/06/2021 | [254](#) | NOTICE of Supplemental Appendix of Appellee The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. re: (248 in 7:21-cv-07532-CM) Brief. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # [1](#) Supplemental Appendix Vol. IV)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Hurley, Mitchell) (Entered: 12/06/2021) |
| 12/06/2021 | [255](#) | COUNTER DESIGNATION OF BANKRUPTCY RECORD ON APPEAL Document filed by Appellee Purdue Pharma L.P..(bkar) (Entered: 12/06/2021) |
| 12/06/2021 | [256](#) | JOINDER to join re: [245](#) Brief,,,, [243](#) Brief */ California's Joinder in Other Appellants' Supplemental Briefs Under Fed. R. Bankr. P. 8014(e)*. Document filed by People of The State of California, State of California..(Eskandari, Bernard) (Entered: 12/06/2021) |
| 12/06/2021 | [257](#) | CERTIFICATE OF SERVICE. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Hurley, Mitchell) (Entered: 12/06/2021) |
| 12/06/2021 | [258](#) | CERTIFICATE OF SERVICE of Supplemental Brief for the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants served on Ronald S. Bass, Rhode Island Office of the Attorney General, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on December 6, 2021. Document filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. Filed In Associated Cases: 7:21-cv-07532-CM et al.. (Blabey, David) (Entered: 12/06/2021) |
| 12/06/2021 | [259](#) | CERTIFICATE OF SERVICE of Notice of Motion and Motion to Seal, Memorandum of Law in Support of Motion to Seal and Redacted Supplemental Brief of William K. Harrington, US Trustee. Document filed by U.S. Trustee William K. Harrington. (Attachments: # [1](#) Exhibit Exhibit A, # [2](#) Exhibit Exhibit B)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Velez-Rivera, Andrew) (Entered: 12/06/2021) |
| 12/07/2021 | [260](#) | NOTICE OF RESOLUTION OF MOTION TO SEAL, AND FILING OF UNREDACTED SUPPLEMENTAL BRIEF OF APPELLANT, WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE re: (246 in 7:21-cv-07532-CM) Brief, (245 in 7:21-cv-07532-CM) Brief,,,, (244 in 7:21-cv-07532-CM) Memorandum of Law in Support of Motion, (242 in 7:21-cv-07532-CM) MOTION to Seal *Notice of Motion and Motion to Seal*.. Document filed by U.S. Trustee William K. Harrington. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Velez-Rivera, Andrew) (Entered: 12/07/2021) |
| 12/07/2021 | [261](#) | CERTIFICATE OF SERVICE of Appellee's Supplemental Brief (PACER 238), Notice of Appellee's Supplemental Appendix (PACER 239) & Notice of Appellee's Addenda of Unpublished Authority (PACER 240) served on Ronald S. Bass, Andrew Ecke, Maria Ecke, Richard Ecke, Ellen Isaacs, Rhode Island Office of the Attorney General on 12/6/2021. Service was made by Mail. Document filed by Mortimer-side Initial Covered Sackler Persons..(Ball, Jasmine) (Entered: 12/07/2021) |
| 12/07/2021 | [262](#) | CERTIFICATE OF SERVICE of Supplemental Brief of Appellee the Raymond Sackler Family served on Ellen Isaacs, Ronald S. Bass, Maria Ecke, Andrew Ecke, Richard Ecke, Rhode Island Office of the Attorney General on Dec. 6, 2021. Document filed by The Raymond Sackler Family..(Leventhal, Mara) (Entered: 12/07/2021) |
| 12/07/2021 | [263](#) | ORDER FOR ADMISSION PRO HAC VICE in case 7:21-cv-07532-CM; granting (22) Motion for Tad Robinson O'Neill to Appear Pro Hac Vice in case 7:21-cv-08566 CM. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned appeal in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Colleen McMahon on 12/7/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 12/07/2021) |
| 12/07/2021 | [264](#) | ORDER FOR ADMISSION PRO HAC VICE in case 7:21-cv-07532-CM; granting (19) Motion for Noah Guzzo Purcell to Appear Pro Hac Vice in case 7:21-cv-08566-CM. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned appeal in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Colleen McMahon on 12/7/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 12/07/2021) |
| 12/07/2021 | [265](#) | ORDER FOR ADMISSION PRO HAC VICE in case 7:21-cv-07532-CM; granting (20) Motion for Cynthia Alexander to Appear Pro Hac Vice in case 7:21-cv-08566-CM. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned appeal in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Colleen McMahon on 12/7/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 12/07/2021) |
| 12/07/2021 | [266](#) | ORDER FOR ADMISSION PRO HAC VICE in case 7:21-cv-07532-CM; granting (21) Motion for Tera M. Heintz to Appear Pro Hac Vice in case 7:21-cv-08566-CM. IT IS HEREBY ORDERED that Applicant is admitted to |

| | | practice Pro Hac Vice in the above captioned appeal in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Colleen McMahon on 12/7/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 12/07/2021) |
|---|---|---|
| 12/07/2021 | 267 | CERTIFICATE OF SERVICE of Notice of Resolution and Filing of Unredacted Supplement. Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Velez-Rivera, Andrew) (Entered: 12/07/2021) |
| 12/07/2021 | 268 | AFFIDAVIT OF SERVICE of Debtors-Appellees' Statement In Response to Request for Update on Deadlines and Certain Financial Information [Case No. 21-cv-07532; Docket No. 235] served on Ronald S. Bass, State of Rhode Island, Andrew Ecke, Maria Ecke, Richard Ecke, and Ellen Isaacs on December 2, 2021. Service was made by Mail. Document filed by Purdue Pharma L.P..(Kaminetzky, Benjamin) (Entered: 12/07/2021) |
| 12/08/2021 | 269 | ORDER FOR ADMISSION PRO HAC VICE in case 7:21-cv-07532-CM; granting (92) Motion for J. Carl Cecere to Appear Pro Hac Vice in case 7:21-cv-07962-CM. Its hereby ORDERED that J. Carl Cacere, Esq., is admitted to practice, pro hac vice, in the abovereferenced proceeding to represent the Canadian First Nation Creditors in the United States District Court for the Southern District of New York, provided that the filing fee has been paid. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.. (Signed by Judge Colleen McMahon on 12/7/2021) Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07962-CM (kv) (Entered: 12/08/2021) |
| 12/08/2021 | 270 | AFFIDAVIT OF SERVICE of Supplemental Brief of the Debtors-Appellees served on Ronald S. Bass, Rhode Island Office of the Attorney General, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on December 6, 2020. Service was made by Mail. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 12/08/2021) |
| 12/08/2021 | 271 | MOTION for Leave to File Addendum to Supplemental Brief of Appellee the Raymond Sackler Family . Document filed by The Raymond Sackler Family. (Attachments: # 1 Exhibit A).(Joseph, Gregory) (Entered: 12/08/2021) |
| 12/08/2021 | 272 | CERTIFICATE OF SERVICE of Appellee the Raymond Sackler Familys Notice of Motion and Motion for Leave to File Addendum to Supplemental Brief served on Ellen Isaacs, Ronald S. Bass, Maria Ecke, Andrew Ecke, Richard Ecke, Rhode Island Office of the Attorney General on December 8, 2021. Document filed by The Raymond Sackler Family..(Leventhal, Mara) (Entered: 12/08/2021) |
| 12/08/2021 | 273 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/30/2021 before Judge Colleen McMahon. Court Reporter/Transcriber: Alena Lynch, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/29/2021. Redacted Transcript Deadline set for 1/10/2022. Release of Transcript Restriction set for 3/8/2022.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Moya, Goretti) (Entered: 12/08/2021) |
| 12/08/2021 | 274 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 11/30/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 7:21-cv-07532-CM et al..(Moya, Goretti) (Entered: 12/08/2021) |
| 12/08/2021 | 275 | OBJECTION TO RICHARD SACKLER'S ADDENDUM TO SUPPLEMENTAL BRIEF. Document filed by Ellen Isaacs. (sc) (Entered: 12/09/2021) |
| 12/09/2021 | 276 | RESPONSE in Opposition to Motion re: (271 in 7:21-cv-07532-CM) MOTION for Leave to File Addendum to Supplemental Brief of Appellee the Raymond Sackler Family . . Document filed by Purdue Pharma L.P., The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Hurley, Mitchell) (Entered: 12/09/2021) |
| 12/09/2021 | 277 | ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF denying (271) Letter Motion for Leave to File Document in case 7:21-cv-07532-CM. Appellee The Raymond Sackler Family has filed a motion for leave to file a supplemental brief (Dkt. No. 271 ). The Sacklers wish to rebut certain "misstatements of the record" allegedly made by Appellants the States of Washington, Connecticut, Delaware, Rhode Island and Vermont in their supplemental brief. Purdue and the Official Committee of Unsecured Creditors of Purdue oppose the motion on the grounds that no one deserves a sur-reply in this case and the matters of record are clear. (Dkt. No. 276). The Court does not need further briefing. The motion for leave to file any further briefing is DENIED. The Clerk is directed to close the motion at Docket Number 271. You can expect a decision sometime next week.. (Signed by Judge Colleen McMahon on 12/9/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 12/09/2021) |
| 12/09/2021 | 278 | CERTIFICATE OF SERVICE. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Hurley, Mitchell) (Entered: 12/09/2021) |
| 12/16/2021 | 279 | DECISION AND ORDER ON APPEAL: For the foregoing reasons, the Bankruptcy Court's Confirmation Order and related Advance Order must be vacated. This decision leaves on the table a number of critically important issues |

| | | |
|---|---|---|
| | | that were briefed and argued on appeal principal among them, whether the Section 10.7 Shareholder Release can or should be approved on the peculiar facts of this case, assuming all the other legal challenges to their validity were resolved in Debtor's favor. But sufficient unto the day. That and the other issues raised by the parties can be addressed if they need to be addressed-which is to say, if this ruling is reversed. This constitutes the decision and order of the court. This is a written opinion. (Signed by Judge Colleen McMahon on 12/16/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. Copies Sent By Chambers. (ate) (Entered: 12/16/2021) |
| 12/16/2021 | | ***DELETED DOCUMENT. Deleted document number (280) DECISION AND ORDER ON APPEAL. The document was incorrectly filed in this case. Filed In Associated Cases: 7:21-cv-07532-CM et al.(kv) (Entered: 12/17/2021) |
| 12/20/2021 | 280 | MOTION for Lucas H. Self to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Affidavit, # 2 Exhibit LA Supreme Ct Cert of Good Standing, # 3 Text of Proposed Order).(Phillips, Todd) (Entered: 12/20/2021) |
| 12/21/2021 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 280 MOTION for Lucas H. Self to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu) (Entered: 12/21/2021) |
| 12/21/2021 | 281 | ORDER FOR ADMISSION PRO HAC VICE granting (280) Motion for Lucas H. Self to Appear Pro Hac Vice in case 7:21-cv-07532-CM. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned appeals in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Colleen McMahon on 12/21/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 12/21/2021) |
| 12/30/2021 | 282 | MOTION for Certificate of Appealability . Document filed by Purdue Pharma L.P..Filed In Associated Cases: 7:21-cv-07532-CM et al..(Kaminetzky, Benjamin) (Entered: 12/30/2021) |
| 12/30/2021 | 283 | MEMORANDUM OF LAW in Support re: (132 in 7:21-cv-08258-CM, 152 in 7:21-cv-08049-CM, 165 in 7:21-cv-07966-CM, 146 in 7:21-cv-08042-CM, 159 in 7:21-cv-07962-CM, 150 in 7:21-cv-07585-CM, 282 in 7:21-cv-07532-CM, 99 in 7:21-cv-08557-CM, 143 in 7:21-cv-08139-CM, 154 in 7:21-cv-08034-CM, 166 in 7:21-cv-07969-CM, 102 in 7:21-cv-08566-CM, 150 in 7:21-cv-08271-CM, 100 in 7:21-cv-08548-CM, 155 in 7:21-cv-08055-CM, 160 in 7:21-cv-07961-CM) MOTION for Certificate of Appealability . . Document filed by Purdue Pharma L.P.. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Kaminetzky, Benjamin) (Entered: 12/30/2021) |
| 12/31/2021 | 284 | MOTION for Certificate of Appealability . Document filed by The Raymond Sackler Family.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Lees, Alexander) (Entered: 12/31/2021) |
| 12/31/2021 | 285 | MEMORANDUM OF LAW in Support re: (162 in 7:21-cv-07961-CM, 134 in 7:21-cv-08258-CM, 148 in 7:21-cv-08042-CM, 145 in 7:21-cv-08139-CM, 152 in 7:21-cv-08271-CM, 154 in 7:21-cv-08049-CM, 161 in 7:21-cv-07962-CM, 156 in 7:21-cv-08034-CM, 157 in 7:21-cv-08055-CM, 167 in 7:21-cv-07966-CM, 102 in 7:21-cv-08548-CM, 101 in 7:21-cv-08557-CM, 168 in 7:21-cv-07969-CM, 152 in 7:21-cv-07585-CM, 284 in 7:21-cv-07532-CM, 104 in 7:21-cv-08566-CM) MOTION for Certificate of Appealability . . Document filed by The Raymond Sackler Family. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Lees, Alexander) (Entered: 12/31/2021) |
| 12/31/2021 | 286 | MOTION for Certificate of Appealability . Document filed by Mortimer-side Initial Covered Sackler Persons.. (Monaghan, Maura) (Entered: 12/31/2021) |
| 01/03/2022 | 287 | ORDER with respect to (282) Motion for Certificate of Appealability; with respect to (284) Motion for Certificate of Appealability; with respect to (286) Motion for Certificate of Appealability in case 7:21-cv-07532-CM; with respect to (150) Motion for Certificate of Appealability; with respect to (152) Motion for Certificate of Appealability in case 7:21-cv-07585-CM; with respect to (160) Motion for Certificate of Appealability; with respect to (162) Motion for Certificate of Appealability in case 7:21-cv-07961-CM; with respect to (159) Motion for Certificate of Appealability; with respect to (161) Motion for Certificate of Appealability in case 7:21-cv-07962-CM; with respect to (165) Motion for Certificate of Appealability; with respect to (167) Motion for Certificate of Appealability in case 7:21-cv-07966-CM; with respect to (166) Motion for Certificate of Appealability in case 7:21-cv-07969-CM; with respect to (154) Motion for Certificate of Appealability; with respect to (156) Motion for Certificate of Appealability in case 7:21-cv-08034-CM; with respect to (146) Motion for Certificate of Appealability; with respect to (148) Motion for Certificate of Appealability in case 7:21-cv-08042-CM; with respect to (152) Motion for Certificate of Appealability; with respect to (154) Motion for Certificate of Appealability in case 7:21-cv-08049-CM; with respect to (155) Motion for Certificate of Appealability; with respect to (157) Motion for Certificate of Appealability in case 7:21-cv-08055-CM; with respect to (143) Motion for Certificate of Appealability; with respect to (145) Motion for Certificate of Appealability in case 7:21-cv-08139-CM; with respect to (132) Motion for Certificate of Appealability; with respect to (134) Motion for Certificate of Appealability in case 7:21-cv-08258-CM; with respect to (150) Motion for Certificate of Appealability; with respect to (152) Motion for Certificate of Appealability in case 7:21-cv-08271-CM; with respect to (100) Motion for Certificate of Appealability; with respect to (102) Motion for Certificate of Appealability in case 7:21-cv-08548-CM; with respect to (99) Motion for Certificate of Appealability; with respect |

| | | |
|---|---|---|
| | | to (101) Motion for Certificate of Appealability in case 7:21-cv-08557-CM; with respect to (102) Motion for Certificate of Appealability; with respect to (104) Motion for Certificate of Appealability in case 7:21-cv-08566-CM. Because of the importance of the issues raised by the motions for certification (Dkt. Nos. 282, 284, 286), any party that opposes certification of the court's order for immediate appeal to the Second Circuit must file a brief explaining the reasons for opposition no later than Thursday, January 6, at 5 PM. The court plans to rule on the motion on an expedited basis this Friday (no reply will be necessary).. (Signed by Judge Colleen McMahon on 1/3/2022) BY ECF TO ALL COUNSEL Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 01/03/2022) |
| 01/03/2022 | | Set/Reset Deadlines: Responses due by 1/6/2022 Associated Cases: 7:21-cv-07532-CM et al.(kv) (Entered: 01/03/2022) |
| 01/03/2022 | 288 | CERTIFICATE OF SERVICE of The Mortimer-Side Initial Covered Sackler Persons' Motion to Certify an Appeal Pursuant to 28 U.S.C. § 1292(b) served on Ronald S. Bass, Andrew Ecke, Maria Ecke, Richard Ecke, Ellen Isaacs and Rhode Island Office of the Attorney General on January 3, 2022. Service was made by Mail. Document filed by Mortimer-side Initial Covered Sackler Persons..(Ball, Jasmine) (Entered: 01/03/2022) |
| 01/04/2022 | 289 | CERTIFICATE OF SERVICE of Notice of Motion to Certify Order for Interlocutory Appeal Pursuant To 28 U.S.C. § 1292(b)[Case No. 21-cv-07532; Docket No. 284]; Memorandum of Law in Support of Appellee the Raymond Sackler Family's Motion to Certify Order for Interlocutory Appeal [Case No. 21-cv-07532; Docket No. 285] served on Ronald S. Bass, Andrew Ecke, Maria Ecke, Richard Ecke, Ellen Isaacs, Rhode Island Office of the Attorney General on 12/31/2021. Service was made by Mail. Document filed by The Raymond Sackler Family. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Lees, Alexander) (Entered: 01/04/2022) |
| 01/04/2022 | 290 | AFFIDAVIT OF SERVICE of Notice of Motion to Certify an Appeal of this Courts December 16, 2021 Order Vacating the Bankruptcy Courts Confirmation of the Debtors Chapter 11 Plan of Reorganization, Memorandum of Law in Support served on Ronald S. Bass, Rhode Island Office of the Attorney General, Andrew Ecke, Maria Ecke, Richard Ecke and Ellen Isaacs on January 3, 2022. Service was made by Mail. Document filed by Purdue Pharma L.P...(Kaminetzky, Benjamin) (Entered: 01/04/2022) |
| 01/05/2022 | 291 | MOTION for Kevin C. Maclay to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Affidavit, # 2 Exhibit MD Certificate of Good Standing, # 3 Exhibit DC Certificate of Good Standing, # 4 Text of Proposed Order).(Phillips, Todd) (Entered: 01/05/2022) |
| 01/06/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 291 MOTION for Kevin C. Maclay to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 01/06/2022) |
| 01/06/2022 | 292 | OPPOSITION BRIEF re: (286 in 7:21-cv-07532-CM) MOTION for Certificate of Appealability ., (282 in 7:21-cv-07532-CM) MOTION for Certificate of Appealability ., (285 in 7:21-cv-07532-CM) Memorandum of Law in Support of Motion,, (284 in 7:21-cv-07532-CM) MOTION for Certificate of Appealability ., (283 in 7:21-cv-07532-CM) Memorandum of Law in Support of Motion,, . Document filed by People of The State of California, State of California.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Eskandari, Bernard) (Entered: 01/06/2022) |
| 01/06/2022 | 293 | ORDER FOR ADMISSION PRO HAC VICE granting (291) Motion for Kevin C. Maclay to Appear Pro Hac Vice in case 7:21-cv-07532-CM. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned appeals in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Colleen McMahon on 1/6/2022) Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 01/06/2022) |
| 01/06/2022 | 294 | MOTION for Certificate of Appealability . Document filed by Multi-State Governmental Entities Group.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Phillips, Todd) (Entered: 01/06/2022) |
| 01/06/2022 | 295 | Appellant's REPLY BRIEF. Document filed by State of Vermont, State of Maryland, The District of Columbia, State of Connecticut, The State of Delaware, State of Rhode Island, State of Maryland. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Goldman, Irve) (Entered: 01/06/2022) |
| 01/06/2022 | 296 | JOINDER to join re: (295 in 7:21-cv-07532-CM) Appellant's Reply Brief, / *California's Joinder in Other Appellants' Opposition Brief Under Fed. R. App. P. 28(i) & Fed. R. Bankr. P. 8014(e)*. Document filed by People of The State of California, State of California.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Eskandari, Bernard) (Entered: 01/06/2022) |
| 01/06/2022 | 297 | JOINDER to join re: (295 in 7:21-cv-07532-CM) Appellant's Reply Brief, (292 in 7:21-cv-07532-CM) Opposition Brief,, *Joinder of the State of Washington to States' Oppositions to Motions for Certification*. Document filed by The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 01/06/2022) |
| 01/06/2022 | 298 | JOINDER to join re: (295 in 7:21-cv-07532-CM) Appellant's Reply Brief, (292 in 7:21-cv-07532-CM) Opposition Brief,, (282 in 7:21-cv-07532-CM) MOTION for Certificate of Appealability . . Document filed by Certain Canadian Municipality Creditors Including the City of Grand Prairie, As Representative Plaintiff for a Class |

| | | |
|---|---|---|
| | | Consisting of All Canadian Municipalities:The City of Brantford, The City of Grand, The Peter Ballantyne Cree Nation.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Underwood, Allen) (Entered: 01/06/2022) |
| 01/06/2022 | 299 | JOINDER to join re: (132 in 7:21-cv-08258-CM, 152 in 7:21-cv-08049-CM, 165 in 7:21-cv-07966-CM, 146 in 7:21-cv-08042-CM, 159 in 7:21-cv-07962-CM, 150 in 7:21-cv-07585-CM, 282 in 7:21-cv-07532-CM, 99 in 7:21-cv-08557-CM, 143 in 7:21-cv-08139-CM, 154 in 7:21-cv-08034-CM, 166 in 7:21-cv-07969-CM, 102 in 7:21-cv-08566-CM, 150 in 7:21-cv-08271-CM, 100 in 7:21-cv-08548-CM, 155 in 7:21-cv-08055-CM, 160 in 7:21-cv-07961-CM) MOTION for Certificate of Appealability ., (103 in 7:21-cv-08566-CM, 147 in 7:21-cv-08042-CM, 155 in 7:21-cv-08034-CM, 100 in 7:21-cv-08557-CM, 161 in 7:21-cv-07961-CM, 151 in 7:21-cv-07585-CM, 156 in 7:21-cv-08055-CM, 167 in 7:21-cv-07969-CM, 166 in 7:21-cv-07966-CM, 151 in 7:21-cv-08271-CM, 144 in 7:21-cv-08139-CM, 101 in 7:21-cv-08548-CM, 160 in 7:21-cv-07962-CM, 153 in 7:21-cv-08049-CM, 283 in 7:21-cv-07532-CM, 133 in 7:21-cv-08258-CM) Memorandum of Law in Support of Motion,, . Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al..Filed In Associated Cases: 7:21-cv-07532-CM et al..(Hurley, Mitchell) (Entered: 01/06/2022) |
| 01/07/2022 | 300 | NOTICE of Correction of Signature Block. Document filed by The State of Delaware. (Attachments: # 1 Exhibit A, # 2 Certificate of Service).(Goldman, Irve) (Entered: 01/07/2022) |
| 01/07/2022 | 301 | ORDER CONDITIONALLY GRANTING DEBTORS' AND ALLIED PARTIES' MOTION FOR A CERTIFICATE OF APPEALABILITY granting (294) Motion for Certificate of Appealability; granting (282) Motion for Certificate of Appealability; granting (284) Motion for Certificate of Appealability; granting (286) Motion for Certificate of Appealability in case 7:21-cv-07532-CM; granting (150) Motion for Certificate of Appealability; granting (152) Motion for Certificate of Appealability; granting (158) Motion for Certificate of Appealability in case 7:21-cv-07585-CM; granting (160) Motion for Certificate of Appealability; granting (162) Motion for Certificate of Appealability; granting (168) Motion for Certificate of Appealability in case 7:21-cv-07961-CM; granting (159) Motion for Certificate of Appealability; granting (161) Motion for Certificate of Appealability; granting (167) Motion for Certificate of Appealability in case 7:21-cv-07962-CM; granting (165) Motion for Certificate of Appealability; granting (167) Motion for Certificate of Appealability; granting (173) Motion for Certificate of Appealability in case 7:21-cv-07966-CM; granting (166) Motion for Certificate of Appealability; granting (168) Motion for Certificate of Appealability; granting (174) Motion for Certificate of Appealability in case 7:21-cv-07969-CM; granting (154) Motion for Certificate of Appealability; granting (156) Motion for Certificate of Appealability; granting (162) Motion for Certificate of Appealability in case 7:21-cv-08034-CM; granting (146) Motion for Certificate of Appealability; granting (148) Motion for Certificate of Appealability; granting (154) Motion for Certificate of Appealability in case 7:21-cv-08042-CM; granting (152) Motion for Certificate of Appealability; granting (154) Motion for Certificate of Appealability; granting (160) Motion for Certificate of Appealability in case 7:21-cv-08049-CM; granting (155) Motion for Certificate of Appealability; granting (157) Motion for Certificate of Appealability; granting (164) Motion for Certificate of Appealability in case 7:21-cv-08055-CM; granting (143) Motion for Certificate of Appealability; granting (145) Motion for Certificate of Appealability; granting (151) Motion for Certificate of Appealability in case 7:21-cv-08139-CM; granting (132) Motion for Certificate of Appealability; granting (134) Motion for Certificate of Appealability; granting (140) Motion for Certificate of Appealability in case 7:21-cv-08258-CM; granting (150) Motion for Certificate of Appealability; granting (158) Motion for Certificate of Appealability; granting (152) Motion for Certificate of Appealability in case 7:21-cv-08271-CM; granting (100) Motion for Certificate of Appealability; granting (102) Motion for Certificate of Appealability; granting (108) Motion for Certificate of Appealability in case 7:21-cv-08548-CM; granting (99) Motion for Certificate of Appealability; granting (101) Motion for Certificate of Appealability; granting (107) Motion for Certificate of Appealability in case 7:21-cv-08557-CM; granting (102) Motion for Certificate of Appealability; granting (104) Motion for Certificate of Appealability; granting (111) Motion for Certificate of Appealability in case 7:21-cv-08566-CM. So the motion for a certificate of appealability is granted, conditioned on the following: the parties seeking to appeal this court's decision and order vacating confirmation of the plan have until January 17, 2022, to make an application to the Second Circuit for an appeal, and that motion must include a request that the appeal be considered on an expedited basis, given the urgency of the opioid crisis and the importance of the issue to the resolution of this case. This constitutes the decision and order of the court. The Clerk is directed to remove the motions at 282, 284, 286, and 294 from the court's list of open motions.. (Signed by Judge Colleen McMahon on 1/7/2022) BY ECF TO ALL COUNSEL AND PRO SE PARTIES Filed In Associated Cases: 7:21-cv-07532-CM et al. (kv) (Entered: 01/07/2022) |
| 01/07/2022 | | Set/Reset Deadlines: Motions due by 1/17/2022. Associated Cases: 7:21-cv-07532-CM et al.(kv) (Entered: 01/07/2022) |
| 01/10/2022 | 302 | **FILING ERROR - DEFICIENT DOCKET ENTRY** - MOTION for Kathryn M. Sabatini to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25559553. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Rhode Island. Return Date set for 1/10/2022 at 10:00 AM. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit, # 4 Text of Proposed Order).(Sabatini, Kathryn) Modified on 1/11/2022 (wb). (Entered: 01/10/2022) |
| 01/11/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 302 MOTION for Kathryn M. Sabatini to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-25559553. Motion and supporting papers to be reviewed by Clerk's Office staff... The** |

| | | |
|---|---|---|
| | | filing is deficient for the following reason(s): Affidavit is not notarized.;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order.. (wb) (Entered: 01/11/2022) |
| 01/11/2022 | 303 | CERTIFICATE OF SERVICE. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Hurley, Mitchell) (Entered: 01/11/2022) |
| 01/12/2022 | 304 | MOTION for Kathryn M. Sabatini to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Rhode Island. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit, # 4 Text of Proposed Order).(Sabatini, Kathryn) (Entered: 01/12/2022) |
| 01/13/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 304 MOTION for Kathryn M. Sabatini to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 01/13/2022) |
| 01/13/2022 | 305 | ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE granting 304 Motion for Kathryn M. Sabatini to Appear Pro Hac Vice. Upon the motion of Kathryn M. Sabatini, to be admitted, pro hac vice, to represent the State of Rhode Island, in the above-captioned matter and any related proceedings and upon the movant's certification that the movant is a member in good standing of the bar in the State of Rhode Island and, the bar of the U.S. District Court for the District of Rhode Island, it is hereby ORDERED, that Kathryn M. Sabatini, is admitted to practice, pro hac vice, in the above referenced cases to represent the Client, in the United States District Court for the Southern District of New York, provided that the filing fee has been paid.. (Signed by Judge Colleen McMahon on 1/13/2022) (kv) (Entered: 01/13/2022) |
| 01/13/2022 | 306 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE in 7:21-cv-07585. IT IS HEREBY ORDERED that Ashwin P. Phatak, Esq., is admitted to practice pro hac vice in the above captioned matters in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Colleen McMahon on 1/13/2022) (kv) (Entered: 01/13/2022) |
| 01/14/2022 | 307 | NOTICE OF APPEARANCE by Ashwin Pradyumna Phatak on behalf of The District of Columbia. Filed In Associated Cases: 7:21-cv-07532-CM et al..(Phatak, Ashwin) (Entered: 01/14/2022) |
| 01/14/2022 | 308 | NOTICE OF APPEAL from (279 in 7:21-cv-07532-CM) Memorandum & Opinion,,,. Document filed by The Raymond Sackler Family. Filing fee $ 505.00, receipt number NYSDC-25592040. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Uzzi, Gerard) (Entered: 01/14/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/16/2022 11:49:02 | | |
| **PACER Login:** | dp000777 | **Client Code:** | 17112-00003 |
| **Description:** | Docket Report | **Search Criteria:** | 7:21-cv-07532-CM |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |