UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br>BANKRUPTCY APPEALS<br><br>This Filing Relates to<br><br>ALL MATTERS | 21 cv 7532 (CM)<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM)<br>21 cv 8049 (CM)<br>21 cv 8055 (CM)<br>21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM)<br><br>On Appeal from the United States Bankruptcy Court for the Southern District of New York |

**NOTICE OF APPEAL**

Notice is hereby given that the Official Committee of Unsecured Creditors (the "Official Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors")[1], by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the December 16, 2021 Order in this case [ECF No. 279] (the "Order"). A true and correct copy of the consolidated appeal docket

---

[1] The Debtors are as follows: Purdue Pharma L.P., Purdue Pharma Inc., Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, and SVC Pharma Inc.

1

(Dkt. No. 21-cv-7532 (CM)) is attached hereto as Exhibit A.  A true and correct copy of the Order is attached hereto as Exhibit B.

<div style="display: flex;">

Dated:  January 17, 2022
      New York, New York

Respectfully submitted,

By: */s/ Mitchell P. Hurley*
Arik Preis
(apreis@akingump.com)
Mitchell P. Hurley
(mhurley@akingump.com)
Sara L. Brauner
(sbrauner@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, N.Y. 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Z.W. Julius Chen (admitted *pro hac vice*)
(chenj@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Counsel for The Official Committee of Unsecured Creditors of Purdue Pharma L.P.*, et al.

</div>