**MEMO ENDORSED**

Motion granted without opposition

*[signature]* Colleen M. M[cMahon]
2/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P, *et. al.*,<br>BANKRUPTCY APPEALS | 21 cv 7532 (CM) (Master Case)<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM)<br>21 cv 8049 (CM)<br>21 cv 8055 (CM) |
| This Filing Relates to:<br><br>ALL MATTERS | 21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2022

### THE CANADIAN APPELLANTS' NOTICE OF MOTION FOR OUT-OF-TIME APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 4(A)(5)

Please take notice that the Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf of itself and the Lac La Ronge Indian Band, the City of Grand Prairie, as representative for a class consisting of all Canadian Municipalities, the City of Brantford, the City of Grand Prairie, the City of Lethbridge, and the City of Wetaskiwin, appellants in the above-captioned consolidated appeals ("the Canadian Appellants"), hereby move this Court, before the Honorable Colleen McMahon at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, at a time and date to be determined by the Court, for leave to file an out-of-time appeal under FED. R. APP. P. 4(a)(5) from the District Court's December 16, 2021 Decision and Order on Appeal (Dkt. No. 21-cv-7532 (CM), ECF No. 279) (the "District Court Order").

In support of this motion, the Debtors hereby rely upon the accompanying Memorandum of Law.

Dated: February 4, 2022

Respectfully submitted,

/s/ J. Carl Cecere

Allen J. Underwood, II
LITE DEPALMA GREENBERG &
  AFANADOR, LLC
570 Broad Street, Suite 1201 Newark,
NJ 07102
Tel: 973.623.3000
Fax: 973.623.0858
aunderwood@litedepalma.com

J. Carl Cecere
CECERE PC
6035 McCommas Blvd.
Dallas, TX 75206
Tel: 469.600.9455
ccecere@cecerepc.com

*Counsel for the Canadian Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ J. Carl Cecere