December 9, 2022

Maria Ecke

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

860-658-7745

[sagitarianm2004@yahoo.com](mailto:sagitarianm2004@yahoo.com)

21-CV8566

Pro Se Council

United States District Court

Southern District of New York

In re: Chapter 11 Purdue Pharma L.P. et al                    Case No. 19-23649 (RDD)

Dear Judge McMahon:

Thank you and your staff very much for the information that you sent me. The internet didn't work for me. I received the information but then it disappeared and I don't have a printer anyway. Recently I received the information that you ordered Davis Polk to send me.

I'm still curious did you ever receive the information from the Sacklers concerning where the money went? If you received any information from the Sacklers, what Docket numbers would the information be under?

Wishing you and you and your staff a safe and joyous Holiday Season!

Sincerely,

/ Maria Ecke